AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number:   04-10123

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

4/15/04
Date

Signature

Diana H. Beinart
Print Name

600 E Street, NW Room 5720
Address

Washington, DC  20004
City                State                Zip Code

202-514-7670
Phone Number