AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Anthony Visone<br>2639 South Ocean Blvd.<br>Highland Beach, FL<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   04-CR-10123 DPW |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT, John Joseph Moakley US Courthouse<br>1 Courthouse Way (corner of Atlantic Ave.), Boston, MA 02210 | COURTROOM 14, 5TH FLOOR |
| | Date and Time |
| Before:   The Honorable Robert B. Collings | April 26th, 2004 at 2:30 PM |

To answer a(n)

**Indictment**    Information    Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title   26   United States Code, Section(s)   7206(1)

Brief description of offense:
26 USC 7206(1) Filing a false tax return

**You must report to Pretrial Services on April 26, 2004. Please call to arrange a time. They are located on the first floor of this courthouse.**

_____          April 16, 2004
Signature of Issuing Officer                 Date

Gina Affsa, Deputy Clerk
Name and Title of Issuing Officer

Case 1:04-cr-10123-DPW     Document 4     Filed 04/16/2004     Page 2 of 2