# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                              CRIMINAL NO. 2004-10123-DPW

ANTHONY VISONE,
        Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

    The above-listed defendant was arraigned before me on April 26, 2004. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on April 26, 2004.

    Counsel are ORDERED to appear for an Initial Status Conference on *TUESDAY, JUNE 15, 2004 AT 10:15 A.M.* at Courtroom #14 (5th floor), United

States Courthouse, Boston, Massachusetts before the undersigned.

　　　　　　　　　　　　　　　　　　/s/ Robert B. Collings
　　　　　　　　　　　　　　　　　　ROBERT B. COLLINGS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

April 27, 2004.