# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2004-10123-DPW

ANTHONY VISONE,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    4/14/2004 - Indictment returned.

    4/26/2004 - Arraignment

    4/27 - 5/20/2004 - Excluded as per L.R. 112.2(A)(2)

    6/15/2004 - Conference held.

    8/2/2004 - Conference held.

    6/16 - 10/29/2004 -    Continuance granted so that the defendant's counsel may arrange to copy and then review the Government's discovery which consists of about 65,000 documents. I find that the ends of justice

served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of October 29, 2004, TWENTY-FIVE (25) non-excludable days will have occurred leaving FORTY-FIVE (45) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 3, 2004.