# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2004-10123-DPW

ANTHONY VISONE,
      Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    10/30 - 11/12/2004 - Continuance granted so that the defendant's counsel can complete review of documents produced by the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

    11/18/2004 - Conference held.

    11/18/2004 - 1/18/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of January 18, 2005, THIRTY (30) non-excludable days have occurred leaving FORTY (40) left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

November 18, 2004.

ROBERT B. COLLINGS
United States Magistrate Judge