# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                     CRIMINAL NO. 2004-10123-DPW

ANTHONY VISONE,
        Defendant.

## ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

IT IS ORDERED THAT:

Defendant's counsel file all discovery-type motions (including motions for bills of particulars) *on or before the close of business on Monday, December 13, 2004.*

Defendant's counsel file all non-discovery-type motions (including motions to dismiss and/or suppress) *on or before the close of business on Tuesday, January 18, 2005*.

Counsel shall report for a Final Status Conference pursuant to Local Rule 116.5(C) on **TUESDAY, JANUARY 25, 2005 AT 2:15 P.M.** at Courtroom #14

(5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on FRIDAY, JANUARY 21, 2005,* a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on MONDAY, JANUARY 24, 2005,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 18, 2004.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.