UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10123 DPW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY VISONE, | ) |
| Defendant | ) |
| | ) |

## MOTION TO DISMISS

Now comes the defendant in the above captioned matter, by and through his attorney, and requests this Honorable Court to dismiss the superceding indictment brought against him for the following reasons:

(1) Counts One and Two of the superceding indictment are both multiplicitous and duplicitous:

(2) The superceding indictment violates the "Speedy Trial Act" in that the superceding indictment was brought more than thirty days after a summons was issued to the defendant on an indictment charging him with violation of 26 U.S.C. ¶ 7206(1):

(3) With respect to Count One the Statute of Limitations had expired;

(4) Prejudicial irrelevant information was presented to the grand jury which seriously compromised the ability of the grand jury to review the evidence in an impartial manner.

WHEREFORE, the defendant requests this Honorable Court to dismiss the Superceding Indictment.

The defendant submits the attached memorandum in support of this motion.

        Respectfully submitted,
        Anthony Visone,
        By his attorney,

        <u>/s/  *Albert F. Cullen, Jr.*</u>
        Albert F. Cullen, Jr. BBO #107900
        30 Massachusetts Avenue
        North Andover, MA  01845
        781-794-5658