# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2004-10123-DPW

ANTHONY VISONE,
Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on January 25, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1) None.

(2) The Government will turn over bank records which had been subpoenaed before the Grand Jury before the Indictment was returned.

(3) No.

(4) The government has not requested notice of alibi.

(5) A motion to dismiss was filed on December 13, 2005.

(6) ***An Initial Pretrial Conference should be set to hear the motion to dismiss and set a firm trial date.***

(7) The case will have to be tried; trial will last from four to six weeks.

(8) *See* Order of Excludable Delay (#12). All time since December 13 is excludable as a result of the pending motion to dismiss.

(9) Four to six weeks.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Four to six weeks.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial

Conference[1] pursuant to Local Rule 117.1 in order ***TO HEAR THE MOTION TO DISMISS AND TO SET A TRIAL DATE***.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOODLOCK'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 25, 2005.

---

[1] Counsel for the defendant is beginning a six week trial before Judge Saris in Cr. 2003-10329-PBS on January 31, 2005. Judge Saris sits from 9:00 A.M. to 1:00 P.M. for trials. In addition, she may not sit the week of February 21, 2005.