UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTHONY VISONE )<br>Defendant )<br>)<br>) | Criminal No. 04-10123 (DPW) |

## STATUS REPORT

The United States, by and through its undersigned counsel, hereby states that:

(1) As of the date of this filing, the earliest proposed trial date is May 30, 2005. One of the Government trial attorneys has a trial scheduled on April 19, 2005, which is expected to last 3-4 weeks.

(2) The Defendant filed a Motion to Dismiss on or about December 13, 2004, and the Government's filed its response on December 27, 2004. Before trial, the Government may file a motion pursuant to F.R.E. Rule 404(b).

(3) It does not appear that any portion of the case will be resolved prior to trial.

(4) The Government does not believe the Defendant will require an interpreter.

(5) The Defendant is currently on release.

(6) The Government does not believe the Defendant is a fugitive.

(7) At this time, the Government cannot identify any other matters that should be addressed at the conference.

Respectfully submitted,

Rod Rosenstein
Assistant U.S. Attorney General
/s/Del Wright Jr.
/s/Diana Beinart
Trial Attorneys
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was filed electronically with the Court, and notice of the filing, as well as copies, will be available to all parties once filed.

                                    /s/Del Wright Jr.
                                    Trial Attorney
                                    U.S. Department of Justice