UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 04-10123 (DPW) |
| v. | ) | Judge Douglas P. Woodlock |
| | ) | |
| ANTHONY VISONE | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

**MOTION FOR CONTINUANCE**

Comes now the United States, who, by and through its undersigned counsel, respectfully moves this Court for an order to continue the trial date.  This matter is scheduled for trial before the Honorable Judge Woodlock on July 11, 2005.

The government respectfully requests a continuance for medical reasons, specifically a medical procedure scheduled near the trial date on the infant son of one of the government attorneys.  The government contacted defense counsel, Mr. Albert Cullen, on May 24, 2005, and he consented to this continuance request.

WHEREFORE, the United States respectfully requests a continuance of the trial date, and for all other just and proper relief.

Respectfully submitted,

/s/ Del Wright Jr.
Del Wright Jr.
Diana Beinart
Trial Attorneys
U.S. Department of Justice
600 E St. NW
Washington, DC 20530
(202) 514-3768

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically with the Court, and notice of the filing, as well as copies, will be available to all parties once filed.

/s/Del Wright Jr.
Trial Attorney
U.S. Department of Justice