**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the Law Office of **Albert F. Cullen, Jr.** will move on August 1, 2005.

    The **new** address and phone are

        60 K Street
        South Boston, MA 02127
        Tel: 617.268.2240
        Fax: 617.268.2242

    The e-mail address will stay the same.
        Albert F. Cullen, Jr.   afcullen@aol.com
        Albert F. Cullen, III   albiecullen@comcast.net

    Would you please address all correspondence after August 1, 2005 to my new address.