UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10123 (DPW) |
| v. ) | Judge Douglas P. Woodlock |
| ) | |
| ANTHONY VISONE ) | |
|     Defendant ) | |
| ) | |
| _____ ) | |

NOTICE OF APPEARANCE

    Susanne Sachsman, Trial Attorney with the U.S. Department of Justice Tax Division, hereby gives notice to the Court and to counsel for defendants, that she is entering an appearance as co-counsel for the United States in the above captioned case, and requests that service of all papers filed in this action be made upon her at the following address:

    Susanne Sachsman
    United States Department of Justice
    Tax Division
    601 D. St NW
    Washington, DC 20530
    Susanne.E.Sachsman@usdoj.gov
    (202) 514-5085

    Respectfully submitted,

    s/Susanne Sachsman
    Susanne Sachsman (NY Bar)
    Trial Attorney
    U.S. Dept. of Justice

1429345.1