UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## MOTION FOR AN ORDER EXCLUDING DOCUMENTS OR IN THE ALTERNATIVE FOR A CONTINUANCE

Now comes the Defendant in the above captioned matter by and through his undersigned attorney and requests this court issue an order excluding certain documents from being introduced into evidence by the Government in the above entitled case. The documents were obtained by the Government at least two weeks ago from the attorneys representing United States Fidelity and Guaranty Insurance Company. (See, letter dated November 28, 2005 from Susanne Sachsman Trial Attorney, DOJ to Albert F. Cullen, Jr. dated November 28, 2005).

In support hereof, the Defendant's attorney states that the attached letter while dated November 28, 2005 was not received until today, December 6, 2005 (a fax copy was sent yesterday, December 5). Apparently the letter was initially sent to Defendant attorney's old office address despite the fact that Defendant's attorney had electronically filed a Notice of Change of Address on July 26, 2005 and had sent a letter to the Government on November 18, 2005 again informing them of the change of address after they had sent the Motion For an Evidentiary Hearing to the wrong address.

This case is scheduled to begin on January 3, 2005. The Defendant's attorney has been preparing for several weeks on the basis that the Government had provided him with all of the documents it intended to introduce. Defendant's attorney now finds himself in the position of having to examine an additional three boxes of documents of which he had no notice prior to today and which he has yet to examine. Furthermore the Government has reviewed the documents and intends to offer into evidence at least a

portion of them.  It is also unclear as to how the Government acquired these documents whether by administrative subpoena, grand jury subpoena, a Rule 17 subpoena or a trial subpoena.  Under these circumstances the Defendant requests this court issue an order prohibiting the Government from introducing into evidence any document and/or evidence obtained from the attorneys for United States Fidelity and Guaranty Insurance company.

In the alternative the Defendant requests that the trial of the above captioned matter be postponed for at least two weeks to allow Defendant's attorney to review and copy the documents and prepare for their introduction.  It would be unfair to the Defendant to have to review these documents over the next month rather than prepare the case for trial.

In a telephone conversation today Defendant's counsel conferred with the Government attorneys on several matters including these documents.  The Government informed Defendant's counsel that the Government would be seeking to introduce at least some of these documents.  Defendant's attorney informed them that he would be filing this motion.

For the reasons stated above the Defendant requests that this Court issue an order excluding the United States Fidelity documents and any evidence derived therefrom from being introduced into evidence   In the alternative, the defendant requests that the trial of this matter be postponed for a period of at least two weeks.

                                                          Respectfully Submitted,
                                                          **ANTHONY VISONE**
                                                          By his attorney

                                                          /s/ *Albert F. Cullen, Jr.*
                                                          BBO#107900
                                                          60 K Street
                                                          Boston, MA 02127
Date:  December 6, 2005                            (617) 268-2240

## CERTIFICATE OF SERVICE

I, Albert F. Cullen, Jr., certify that all counsel will receive electronic notice of the filing of this pleading.

                                                          /s/ *Albert F. Cullen, Jr.*
                                                           Albert F. Cullen, Jr.