

**U.S. Department of Justice**

**Tax Division**

*Northern Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*　　　　　　(202) 514-5150
*Washington, D.C. 20044*　　　　　　　　　Telefax: (202) 616-1786

November 28, 2005

Albert F. Cullen, Jr.
30 Massachusetts Avenue
North Andover, MA 01845

　　　　Re:　　United States v. Visone

Dear Mr. Cullen:

　　　　The Government has previously provided you with discovery pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts. That discovery was disclosed in letters dated May 17, 2004, February 7, 2005, and February 17, 2005. You were also given the opportunity to review and copy numerous documents maintained by the Government, which you have done. For your records, I have attached a complete index of the documents that have been maintained by the Government and were available for your review. Please examine the index, and please contact the Government if your records do not reflect that this is a complete index of the documents that were available or if you would like another opportunity to review those records.

　　　　In addition to those previously disclosed documents, the Government is also providing as an attachment to this letter Stock Certificates and Subscription Agreements for Sand Key Investment Group, Inc. and for Scottsdale Investments, Inc. The Government has also obtained approximately 3 boxes of records from the attorneys representing United States Fidelity and Guaranty Insurance Company in its 1996 litigation against Mr. Visone and his related entities. Those documents are available for your review and copying at a mutually convenient time.

　　　　As stated previously, the Government requests reciprocal discovery pursuant Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(D).

　　　　If you have any questions or concerns or would like to schedule a time to review the documents, please contact me at (202) 514-5085 or my co-counsel, Del Wright, at (202) 256-2004.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　*Susan Sach* (signature)
　　　　　　　　　　　　　　　　　　Susanne Sachsman
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　　Tax Division

enclosures

　　　　　　　　　　　　　　　　　　　　　　　　　　　　1435218.1