U.S. Department of Justice
Tax Division

*Northern Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*
*Washington, D.C. 20044*
*(202) 514-5150*
*Telefax: (202) 514-8455*

December 8, 2005

**VIA FAX (WITHOUT ENCL) AND FEDERAL EXPRESS (WITH ENCL)**
Mr. Albert Cullen
Attorney at Law
60 K St.
South Boston, MA 02127
Fax: (617) 268-2242

      **Re: United States v. Visone**

Dear Counsel:

In anticipation of trial and in accordance with Local Rule 116.2(B)(2), the government hereby provides you with the following additional discovery in the above-captioned matter:

1. **Caesar Balzotti**

Enclosed are his Affidavit dated January 3, 2002, Memoranda of Interviews dated March 27, 2001 and June 1, 2001, and his Grand Jury Transcript dated August 11, 2004. Also enclosed is a Memorandum of Interview of Bill York, Mr. Balzotti's attorney, dated August 23, 2001. Mr. Balzotti's criminal history was disclosed to you in our May 17, 2004 letter. In addition, Mr. Balzotti has informed the Government that he is not current in his tax filings and payments with the IRS. Mr. Balzotti has also informed the Government that because of Mr. Balzotti's previous default on an FDIC loan, the FDIC would not have permitted him to bid on or purchase an FDIC loan in 1996. However, Mr. Balzotti has testified that he and the defendant purchased an FDIC loan together in the name of their corporation Scottsdale Investments, Inc. in 1996.

2. **Michael Balzotti**

Enclosed are his Affidavit dated February 8, 2002, and a Memorandum of Interview dated March 26, 2001.

3. **Michael Bridgeman**

Enclosed are his Memoranda of Interviews dated May 23, 2002 and a transcript of his testimony in Guenther v. Visone. In addition, Mr. Bridgeman has informed the Government that he did not report on his U.S. Federal Income Taxes the approximately $500 a month payments he received from Rosita Visone in 1999 and 2000 for the work he did in managing the Foundry

property. Mr. Bridgeman was held in contempt in the case of Guenther v. Visone for failing to comply with his subpoena. He subsequently testified in the case.

4. **John Casey**

Enclosed are his Affidavit dated July of 2002, an Anonymous report dated February 12, 1996, a Memorandum of Interview dated October 20, 1999, and a transcript of his testimony in Guenther v. Visone.

5. **William Cunningham**

Enclosed is his Memorandum of Interview dated July 22, 2002.

6. **David Dilulis**

Enclosed are his Memoranda of Interviews dated July 30, 2002, February 2, 2001, and September 22, 1999.

7. **Thomas Dimino**

Enclosed are his Memoranda of Interviews dated October 28, 1999 and September 9, 1999.

8. **Robert Gorton**

Enclosed are his Affidavits dated June 7, 2002 and June 11, 2002, his Memorandum of Interview dated October 20, 1999, and the transcript of his testimony in Guenther v. Visone.

9. **Joseph Graziano**

Enclosed are his Memoranda of Interviews dated July 11, 2002 and January 4, 2000, and a transcript of his testimony in Guenther v. Visone. Mr. Graziano's criminal history was disclosed to you in our May 17, 2004 letter.

10. **Joseph Greenspan**

Enclosed is his Memorandum of Interview dated July 31, 2002.

11. **John Jacobs**

Enclosed is his Memorandum of Interview dated September 18, 2002.

12. **Thomas Laporte**

Enclosed is his Memorandum of Interview dated October 10, 2002. In addition, there was litigation between Mr. Laporte and the Defendant regarding their business dealings. There

was also litigation between Mr. Laporte and Mr. Jacobs, Mr. Wilensky, and possibly Mr. Schreiber regarding the business transaction between Mr. Laporte and the Defendant.

13. **James Leeper**

   Enclosed is his Memorandum of Interview dated February 14, 2001.

14. **Jeffrey Schreiber**

   Enclosed is his Affidavit dated March 12, 1999.

15. **John Visone, Sr.**

   Enclosed is his Memorandum of Interview dated July 19, 2002.

16. **Mary Visone**

   Enclosed is her Memorandum of Interview dated June 6, 2002 and a transcript of her testimony in Guenther v. Visone.

17. **Rosita Visone**

   Enclosed are her Memoranda of Interviews dated June 10, 2002 and August 1, 2002.

18. **Daniel Wilensky**

   Enclosed are his Memorandum of Interview dated June 20, 2001 and his Grand Jury Transcript dated March 31, 2004.  Mr. Wilensky's criminal history was disclosed to you in our May 17, 2004 letter.

19. **Alan Wolpert**

   Enclosed is his Memorandum of Interview dated April 2, 2001.

The Government has not made any promises, rewards or inducements to any witnesses whom the Government anticipates calling in its case-in-chief.

**WITNESS AND EXHIBIT LISTS**

   As required by the Rules, the Government shall provide its Witness List and Exhibit List seven days prior to trial.

**ADDITIONAL EXPERT DISCOVERY**

The Government has notified you that it anticipates calling two IRS Revenue Agents as expert and summary witnesses. If those witnesses prepare any reports, the Government will provide those reports to you.

**404(b) NOTICE**

Although not technically Rule 404(b) evidence, the Government notifies you of its intent to introduce evidence which relates to the fact that the Defendant issued paychecks to some employees that purported to withhold payroll taxes. However, the Defendant failed to pay over to the IRS the amounts that he was purporting to withhold. The Defendant stated that he did this as a way to save money. These actions are evidence of the Defendant's motive, intent and absence of mistake or accident.

Furthermore, the Government notifies you of its intent to introduce evidence of the numerous lawsuits against the Defendant. This evidence is also not technically Rule 404(b) evidence, as it is intrinsic to the Government's case because it shows the Defendant's motive to conceal his income and assets.

**Rule 902(11) NOTICE**

The Government notifies you of its intent to introduce Rule 902(11) Certifications to authenticate business records obtained from the office of James Leeper and Company as well as the following banks: Century Bank, Bank One of Texas, Eastern Bank, Ocean Bank, Wachovia Bank, Washington Mutual Bank, and Bank of America.

**DEFENDANT'S DISCOVERY**

The government has received no discovery from defendant to date. Please produce any reciprocal discovery forthwith.

Please advise us if you believe that there are any outstanding discovery issues. Also, please feel free to contact us with any other matters at (202) 256-2004 or (202) 641-0803.

Sincerely,

/s/DEL WRIGHT, JR.
SUSANNE SACHSMAN
Trial Attorneys
Department of Justice

Enc.
cc: Court Clerk to the Honorable J. Woodlock (w/o enc.)

4