UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR AN ORDER OF NOTICE

  The government has requested an order of notice be issued in the above captioned matter.  The defendant has no objection to the court issuing an appropriate order allowing the deposition for the limited purpose as the court has stated orally and which the defendant understood.  If the government had conferred with defendant's counsel prior to filing its motion it would have learned that defendant's counsel intended to follow the procedures set forth in Fed.R.Crim.Pro. 15.

  The defendant does object to the order as submitted since it assumes the facts that will be the subject of the deposition, i.e. whether Gallagher & Associates did provide records responsive to a timely issued grand jury subpoena.  Further the order seemingly does not allow the defendant to request copies of any subpoenas, and/or correspondence between the government and Gallagher & Associates regarding the production of records and/or the notes of any conversations between Gallagher & Associates and the government regarding the production of records.

  Further the defendant would object to any attempt to limit his access to any potential witness.  The defendant has a right to speak to any potential witness without notifying the government.  It is the witness's decision whether he/she wishes to be interviewed prior to testifying.  The defendant would object to any order that would imply that he has no right to interview the witnesses prior to the deposition.

  With respect to the contact on December 14, 2005 the following is what occurred: I had arranged with the government on December 13th after the hearing to do an initial review of the documents obtained from Gallagher & Associates, I specifically requested that a copy of the subpoena calling for the production of the documents be produced with the documents.  When I arrived at the IRS office the boxes did not contain a copy of the subpoena or any letters relating to the production.   From the documents I ascertained that Mr. Owen Gallagher was the attorney who had handled the case for USF&G.  When I returned to my office I placed a call to Mr. Gallagher and was forwarded to his voicemail.

I left a message identifying myself, informing him that the court had allowed me to take his deposition regarding the production of the records, inquiring about the existence of a subpoena and requesting dates that would be convenient for him to be deposed. I requested that he return my call. I never received a return call from anyone at Gallagher & Associates and never spoke to anyone until today after I had received the government's motion. There was no improper influence or attempt to improperly influence anyone on the defendant's part and defendant's counsel objects to the government's language implying such. If there was any improper influence it would have to be a result of the government's contact since they are the only parties to have spoken to Mr. Harris prior to the filing of the Motion. It appears that instead of returning my call, Mr. Harris called the government to discuss the matter.

      The Defendant respectfully requests that the Court issue an order in the form attached hereto.

                                        **ANTHONY VISONE**
                                        By his attorney,

                                        /s/ *Albert F. Cullen, Jr.*
                                        BBO# 107900
                                        60 K Street
                                        Boston, MA
                                        (617) 268-2240

Dated: December 16, 2005

      I, Albert F. Cullen, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

                                        /s/ ***Albert F. Cullen, Jr.***
                                        Albert F. Cullen, Jr.