UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

It is hereby ordered that the defendant by and through his attorney in the above captioned matter may take the deposition of the appropriate person/persons at the law firm of Gallagher & Associates who have knowledge of the facts and circumstances relating to the production of the documents from the case of USF&G v. Anthony Visone et al to the government or its agents. The defendant may also require the deponent to produce at the deposition any subpoena, letter, book, paper, document, record, recording, memoranda and correspondence relating to the production and delivery of the documents to the government.

This order is not to be construed in any way to limit the right of the defendant's counsel to speak to any prospective witness prior to the deposition.

_____
Honorable Douglas P. Woodlock