UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
    Plaintiff,               )    CRIMINAL NO.
                             )    04-10123-DPW
    v.                       )
                             )
ANTHONY VISONE,              )
    Defendant.               )


                              ORDER
                        December 19, 2005

It is hereby ORDERED that the defendant by and through his attorney in the above-captioned matter may take the deposition of the appropriate person/persons at the law firm of Gallagher & Associates who have knowledge of the facts and circumstances relating to the production of the documents from the case of USF&G v. Anthony Visone, et al. to the government or its agents. The defendant may also require the deponent to produce at the deposition any subpoena, letter, book, paper, document, record, recording, memoranda and correspondence relating to the production and delivery of the documents to the government.

It is further ORDERED that the defendant must give the government reasonable written notice of the deposition's date and location and at the conclusion of its examination permit the government to cross-examine each deponent. The notice must state the name and address of each deponent.

This Order is not to be construed in any way to limit the

right of counsel to speak to any prospective witness prior to the deposition.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE