AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

TO: Custodian of Records
Gallagher & Associates, P.C.
One Constitution Center
Boston, MA 02129

**SUBPOENA TO TESTIFY BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON     ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 | Grand Jury 2B                         <br>DATE AND TIME<br>Wednesday, April 14, 2004<br>10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s).*

All non-privileged documents and records, including but not limited to court pleadings, discovery materials, deposition transcripts, trial tapes and trial transcripts, concerning Anthony Visone.

In lieu of appearing before the Grand Jury at the date and time shown above, you may comply with this subpoena by causing the materials described to be mailed or delivered to the agent serving this subpoena or by causing such materials to be mailed to the Assistant U.S. Attorney at the address shown below. If you have any questions, contact Special Agent Sandra Lemanski, IRS-CI, at 617-316-2125. Such documents must be received before the return date of this subpoena.

Attached is a Certificate of Authenticity which must be completed and returned along with a copy of this Witness subpoena. & reimbursement instructions are attached. Call Witness Coordinator XXX Please see additional information on reverse. AMY JONES (617) 748-3153 if you have any questions. After business hours, please call (617) 748-3100.

This subpoena shall remain in effect until granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>TONY ANASTAS<br>(By) Deputy Clerk | DATE<br>April 8, 2004 |
|---|---|
| This subpoena is issued on application of the United States of America<br>MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>MARK J. BALTHAZARD<br>Assistant United States Attorney<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 (617) 748-3100 |

* If not applicable, enter "none"

AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury