GALLAGHER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
ONE CONSTITUTION CENTER
BOSTON, MASSACHUSETTS 02129-2095

GARRETT HARRIS

(617) 598-3810
FACSIMILE (617) 598-3900
E-MAIL
gharris@gallagherlaw.com

June 8, 2005

**VIA FAX (617-316-2100) AND REGULAR MAIL**

Sandra J. Lemanski
Special Agent
P.O. Box 9092
J.F.K. Federal Building
New Sudbury Street, Room 1000
Boston, MA 02203

Re:  Anthony Visone
     Our File No. 86.00001

Dear Ms. Lemanski:

Following up on our communications in April 2004, please let me know whether you plan to review our files pursuant to the government's Grand Jury Subpoena concerning Anthony Visone. If not, please let me know so that we may dispose of the files.

Thank you.

Very truly yours,

Garrett Harris
Direct Dial (617) 598-3810

GH/sc