GALLAGHER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
ONE CONSTITUTION CENTER
BOSTON, MASSACHUSETTS 02129-4552

GARRETT HARRIS

(617) 598-3810
FACSIMILE (617) 598-3900
E-MAIL
gharris@gallagherlaw.com

April 26, 2004

**VIA FAX (617-316-2100) AND REGULAR MAIL**

Sandra J. Lemanski
Special Agent
P.O. Box 9092
J.F.K. Federal Building
New Sudbury Street, Room 1000
Boston, MA 02203

Re:   Anthony Visone
      Our File No. 86.00001

Dear Ms. Lemanski:

Following up on my voice mail message this morning, and our previous telephone discussion, we received the government's Grand Jury Subpoena concerning Anthony Visone. As I indicated in our discussion, our office's file concerning the civil case we handled involving Mr. Visone is voluminous, and fills several file drawers. The materials consist largely of court filings and documents obtained through discovery. In our discussion you indicated that you would review the files in our office in lieu of our delivering copies to you. Please let me know if this is still agreeable to you. Otherwise, please let me know if we can have an additional week (i.e., until May 5, 2004) to compile, organize and deliver the documents to you.

Thank you for your courtesy in this matter.

Very truly yours,

Garrett Harris
Direct Dial (617) 598-3810

GH/sc