GALLAGHER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
ONE CONSTITUTION CENTER
BOSTON, MASSACHUSETTS 02129-2095

GARRETT HARRIS

(617) 598-3810
FACSIMILE: (617) 598-3900
E-MAIL
gharris@gallagherlaw.com

April 27, 2004

**VIA FAX (617-316-2100) AND REGULAR MAIL**

Sandra J. Lemanski
Special Agent
P.O. Box 9092
J.F.K. Federal Building
New Sudbury Street, Room 1000
Boston, MA 02203

Re:   Anthony Visone
      Our File No. 86.00001

Dear Ms. Lemanski:

Thank you for your phone message in response to my inquiry about the government's Grand Jury Subpoena concerning Anthony Visone. This confirms that my office will not need to appear in court or produce any documents in court tomorrow, but will wait to hear from you as to when you would be available to review the records in our office. We will at that time assemble all of the non-privileged records we have, and make them available to you for review.

Thank you again for your prompt reply to my inquiry.

Very truly yours,

Garrett Harris
Direct Dial (617) 598-3810

GH/sc