UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### NOTICE OF DEPOSITION

Now comes the Defendant by and through his undersigned attorney and files this Notice of Deposition pursuant to Rule 15 (b) of the Fed. R. Crim. Pro. The Deposition of Garrett Harris of Gallagher and Associates, PC, One Constitution Plaza, Boston, MA 02129 will be taken Thursday, January 5, 2006 at the Law Office of Albert F. Cullen, Jr., 60 K Street, Boston, MA 02127 at 9:00 AM.

Pursuant to this notice attached please find a SUBPOENA IN A CRIMINAL CASE instructing the deponent, Mr. Harris, to bring certain documents and records.

Respectfully Submitted,
**ANTHONY VISONE**
By his attorney

/s/ *Albert F. Cullen, Jr.*
BBO#107900
60 K Street
Boston, MA 02127
Date: December 21, 2005              (617) 268-2240

### CERTIFICATE OF SERVICE

I, Albert F. Cullen, Jr., certify that all counsel will receive electronic notice of the filing of this pleading.

/s/ *Albert F. Cullen, Jr.*
Albert F. Cullen, Jr.

## SUBPOENA SCHEDULE

### I. Definitions

1. "Document" means every writing or record of whatever type and description in your possession, custody, or control on which information is recorded in any way whatsoever, including all handwritten, typed, printed, recorded, transcribed, taped, filmed, graphic- or sound-reproduction material, magnetic cards or cartridges, optical storage devices, and computer records (including e-mail records).

2. "Subpoena period" means April 8, 2004, through the date of service of this subpoena.

3. "Relate to" means to make a statement about, refer to, discuss, describe, reflect, identify, deal with, consist of, or in any way pertain, in whole or in part, to the subject.

4. "Or" as well as "and" shall be construed interchangeably in a manner that gives this subpoena schedule the broadest reading.

### II. General Instructions

1. You are required to produce the <u>originals</u> of all documents and other items which are responsive, in whole or in part, to any description set forth in this "Subpoena Schedule" along with all copies of any such document which differ from the original by virtue of any addition, deletion, alteration, notation, or inscription on any part of the document, including its back.

2. Unless otherwise indicated, "documents" includes all documents (including e-mail) prepared, sent, dated, received, in effect, or which otherwise came into existence at any time during the subpoena period.

3. No document called for by this subpoena shall be destroyed, modified, redacted, removed, or otherwise made inaccessible, except insofar as documents are withheld under claim privilege in compliance with the instructions below.

4. The singular form of a word shall be construed to include within its meaning the plural form of the word, and vice versa, and the use of any tense of any verb shall be considered to also include all other tenses, in a manner that gives this subpoena schedule the broadest reading.

5. If you withhold any document on the ground of any privilege, provide a statement setting forth:

    (a) the name and title of the author (and, if different, the preparer and signatory);

    (b) the name and title of the person to whom the document was addressed;

    (c) the names and titles of all persons to whom the document or a copy of the document was sent or to whom the document or a copy, or any part thereof, was shown;

    (d) the date of the document;

    (e) the number of pages;

    (f) a brief description of the subject matter;

    (g) the nature of the privilege claimed;

    (h) the paragraph of the schedule of documents to which it is responsive.

III.  Documents to be Produced

1.  Any and all documents, communications, or other correspondence between you and/or Gallagher and Associates and the United States Government, its attorneys, agents, employees, or representatives in connection with the Production of Documents pursuant to a Grand Jury Subpoena dated: April 8, 2005

2.  All telephone toll records including cell phone records, bills, and other documents showing numbers called from, or numbers calling by you and/or Gallagher and Associates to the United States Government, its attorneys, agents, employees, or representatives