UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                           )<br>)<br>ANTHONY VISONE,                           )<br>           Defendant                              )<br>)<br>_____   ) | Criminal No. 04-10123 (DPW)<br>Judge Douglas P. Woodlock |

**MOTION FOR CONTINUANCE**

    Comes now the United States, who, by and through its undersigned counsel, respectfully moves this Court for an order to continue the trial date.  The parties were told to be prepared to go to trial before the Honorable Judge Woodlock on February 27, 2006.

    The government respectfully requests a continuance of three weeks because its expert witness, Bruce Hess, is scheduled to serve as an expert witness in a previously scheduled trial that begins on February 27, 2006 and is expected to last approximately 2 weeks.  The government contacted defense counsel, Mr. Albert Cullen, on January 5, 2006, and he consented to this continuance request.  Mr. Cullen asked the government to make the Court aware that he has a previously scheduled vacation planned from April 20 through April 26, 2006.

    WHEREFORE, the United States respectfully requests a continuance of the trial date, and for all other just and proper relief.

                                          Respectfully submitted,

                                          /s/ Del Wright Jr.
                                          Del Wright Jr.
                                          Susanne Sachsman
                                          Trial Attorneys
                                          U.S. Department of Justice
                                          601 D St. NW
                                          Washington, DC 20530
                                          (202) 514-3768

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was filed electronically with the Court, and notice of the filing, as well as copies, will be available to all parties once filed.

                                            <u>/s/Del Wright Jr.</u>
                                            Trial Attorney
                                            U.S. Department of Justice