GALLAGHER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
ONE CONSTITUTION CENTER
BOSTON, MASSACHUSETTS 02129-2095

GARRETT HARRIS

(617) 598-3810
FACSIMILE (617) 598-3900
E-MAIL
gharris@gallagherlaw.com

July 6, 2005

**VIA FEDERAL EXPRESS**

Del Wright, Esq.
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004

Re:   Anthony Visone
      Our File No. 86.00001

Dear Mr. Wright:

Following up on our telephone discussion, please find enclosed the deposition transcripts and affidavits from Gallagher & Associates, P.C.'s file for the case USF&G, et al. v. First City Acceptance Corp., et al. (Middlesex Superior Court; Civil Action No. 96-1668), which we are producing in response to and in compliance with the government's Grand Jury Subpoena concerning Anthony Visone. In particular, I enclose the following:

1. Deposition of Anthony Visone (Vol. I)
2. Deposition of Anthony Visone (Vol. II)
3. Deposition of Andrew Dalbo
4. Deposition of Louis Mountzoures
5. Affidavit of Michael Balzotti
6. Affidavit of Caesar Balzotti
7. Affidavit of Robert F. Gorton
8. Affidavit of John F. Casey

Do not hesitate to call me if you wish to make arrangements to review our complete file. Alternatively, if you do not wish to do so, please let me know so that we may dispose of the files.

Thank you.

Very truly yours,

Garrett Harris
Direct Dial (617) 598-3810

GH/sc
Enclosures
cc: Sandra J. Lemanski (w/o enclosures)