UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>ANTHONY VISONE, )<br>       Defendant )<br>  )<br>_____ ) | Criminal No. 04-10123 (DPW)<br>Judge Woodlock |

**AFFIDAVIT OF
DEL WRIGHT JR.**

    I, Del Wright Jr., hereby state, upon information and belief, that the term of the grand jury that indicted the Defendant in the above captioned matter began on April 2, 2003 and ended on December 15, 2004.

    Signed and acknowledged under the penalties of perjury this 27st day of January, 2006.

/s/ *Del Wright Jr.*
Del Wright Jr.
Trial Attorney
U.S. Department of Justice