CERTIFICATE OF AUTHENTICITY OF
BUSINESS RECORDS

I, Alicia Fernandez, attest on penalty of criminal punishment for false statement or false attestation that I am an employee of Ocean Bank, and that my official title is Records Custodian.

I further state that the records referenced herein are duplicates of the original records that were maintained in the custody of Ocean Bank.

**DESCRIPTION**

Ocean Bank account # 93050406 in the name of Anthony Visone

Account opening documents, statements, deposited items, debit and credit memos, and records of wire transfers for the period of March 1998 to September 2001.

Ocean Bank account # 123535420 in the name of Toni Nicole Visone Irrevocable Trust

Account opening documents and statements for the period of January 2000 to March 2001.

Ocean Bank account # 84802609 in the name of TV Holdings Inc.

Statements for the period of June 1997 to August 26, 1998.

Ocean Bank Loan # 10084802663 in the name of TV Holdings Inc.
Loan file.

Ocean Bank Account # 61189117 in the name of Visone Motors, Inc.

Account opening documents and statements for the period of December 1997 to June 1998.

Ocean Bank Account #61189105 in the name of Visone Corvette of Massachusetts Inc

Account opening documents and statements for the period of December 1997 to February 1999.

Ocean Bank loan # 100611891-65 in the name of Visone Corvette of Massachusetts Inc

Loan file.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity; and

C) the business activity made such records as a regular practice.

I certify on penalty of criminal punishment for false statement or false attestation that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on 12/16/05 ______________________
Date Signature

OB
OCEAN BANK

Time Certificate of Deposit Withdrawal

NON-NEGOTIABLE

020940

Branch 1

CD Account number: 0100-665-010-28

Name: PMC 3 REALTY TRUST

3-3- 1999

OCEAN BANK 614795 46cts Dollars

**614,795.46**

[ ] PARTIAL WITHDRAWAL [X] COMPLETE WITHDRAWAL

MEMBER FDIC

SIGNATURE AS PER OFFICER'S INSTRUCTIONS

Disbursement of funds: SEE MEMO ATTACHED

Originator Approved by JR

⑈020940⑈ ⑆500 1-308⑆ 10299800⑈ ⑈0061479546⑈

00203360 05

3996

VISONE CORVETTE
20 SPRING STREET
SAUGUS MA 01906
World's Largest Corvette Dealer

OCEAN BANK
780 N.W. 42ND AVENUE
MIAMI FLORIDA 33126
63-1139-660

DATE March 13, [illegible]

AMOUNT [illegible]

PAY Three Hundred Forty Thousand and 00/100 Dollars

TO THE ORDER OF
First City Finance, Inc.
10[illegible] Broadway
Saugus, MA 01905

VISONE CORVETTE

⑈003996⑈ ⑆066011392⑆ [illegible] ⑈0034000000⑈

0020336 0 05

3996

VISONE CORVETTE
20 SPRING STREET
SAUGUS, MA 01906
Worlds Largest Corvette Dealer

MIAMI, FLORIDA 33126

DATE March 19, 1999

AMOUNT $340,000.00

PAY Three Hundred Forty Thousand and 00/100 Dollars

TO THE ORDER OF
First City Finance, Inc.
108 Broadway
Saugus, MA 01906

VISONE CORVETTE

⑈003996⑈ ⑆066011392⑆ 01006 1891⑈05 ⑉0034000000⑉