AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

**COPY**

DISTRICT OF _____MASSACHUSETTS_____

TO: Ocean Bank

## SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:
☐ PERSON  ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 | Grand Jury Room |
| | DATE AND TIME<br>Wednesday, June 30, 2004<br>10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

See Attachment A

In lieu of appearing before the Grand Jury at the date and time shown above, you may comply with this subpoena by, at your option, causing the material described to be delivered to Special Agent Sandra Lemanski at Internal Revenue Service-CI, P.O. Box 9092, J.F.K. Federal Building, Boston, MA 02301. Any questions may be directed to Special Agent Lemanski at (617) 316-2125.

The attached Certificate of Authenticity must be completed and returned.

Witness travel & reimbursement instructions are attached. Call Witness Coordinator
XXX Please see additional information on reverse. AMY JONES (617) 748-3153 if you have any questions.
After business hours, please call (617) 748-3100.

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>TONY ANASTAS<br>(By) Deputy Clerk | DATE<br>June 16, 2004 |
|---|---|
| This subpoena is issued on application of the United States of America<br>MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>DEL WRIGHT AND DIANA BEINART, DOJ TAX<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 (617) 748-3100 |

* If not applicable, enter "none".

AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 6-16-04 | PLACE | U S Atty's office 1 Courthouse Way Boston, MA. |
| SERVED | DATE 6-21-04 | PLACE | 780 Northwest 42nd Ave Miami, FL |
| SERVED ON (PRINT NAME) via Certf. mail | | | |
| SERVED BY (PRINT NAME) Sandra Lemanski | | TITLE Special Agent | |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6-21-04
                DATE

SIGNATURE OF SERVER  *Sandra Lemanski*
USCG
PO Box 9092
JFK Fed Bldg.
ADDRESS OF SERVER
Boston, MA.

### ADDITIONAL INFORMATION

ALL AIRLINE TRAVEL ARRANGEMENTS MUST BE MADE THROUGH THE U.S. ATTORNEY'S OFFICE IN BOSTON, MA TO INSURE REIMBURSEMENT OF EXPENSES.



(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

ATTACHMENT A TO SUBPOENA ISSUED TO: OCEAN BANK

ALL OPEN AND CLOSED ACCOUNTS

For the years: 1998 - 2002

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest:

**Anthony Visone** (SSN: ▇▇▇▇▇▇)
**John Visone** (SSN: ▇▇▇▇▇▇)
**Rosita Visone** (SSN: ▇▇▇▇▇▇)
**Broadway Realty Trust** (EIN: 04-2903167)

To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

SAVINGS ACCOUNT RECORDS: Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS: Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS: Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS: All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

<u>OTHER RECORDS:</u> Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

**Known Accounts:**

Account No. 100930504-06