*RECEIVED* on Above Date and Time



| | Date: | From: | To: | Re: | cc: | Pages: |
|---|---|---|---|---|---|---|
| | 12-9-05 Time: | Sandra Lemanski Telephone: 617-316-2125 617-719-3625 | Alicia Fernandez Telephone 305.569 5929 Fax 617-654-5035 | Certificate of Authenticity | | Including This One 11 |

## U.S. Treasury Department, Internal Revenue Service, Criminal Investigation

Alicia,

Attached please find a certificate of authenticity for your review and signature and a subpoena for your appearance if we are unable to us the certificate.

In preparing for trial, I came across a couple of items I was hoping could be provided and are as follows:

Records relative to an Ocean Bank CD in the name of FMC Realty trust, which was pledged as collateral on Ocean Bank Loan #100611891-65 in the name of Visone Corvette of Massachusetts.

Copy of Check # 3996, dated 3-23-1998, in the amount of $340,000.00 and drawn on account # 61189105 in the name of Visone Corvette of Massachusetts.

Records relating to the source of the $614,795.46 payment to loan # 100611891-65 on 3-3-1999.

Any information you could provide relative to these items would be greatly appreciated.

I will mail you the hard copies of the certificate and subpoena. Please contact me if you need to make any changes to the certificate.

| SENDER | | Caution : This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you received this communication in error, please notify the sender immediately by telephone call, and return the communication to the address via the United States Postal Service. Thank you. |
|---|---|---|
| From : | Special Agent Sandra Lemanski | |
| Address : | IRS Criminal Investigation Boston, MA. | |
| Telephone: | 617-316-2125 | |
| Fax : | 617-316-2100 | |

## CERTIFICATE OF AUTHENTICITY OF
## BUSINESS RECORDS

I, Alicia Fernandez, attest on penalty of criminal punishment for false statement or false attestation that I am an employee of Ocean Bank, and that my official title is Records Custodian.

I further state that the records referenced herein are duplicates of the original records that were maintained in the custody of Ocean Bank.

## DESCRIPTION

Ocean Bank account # 93050406 in the name of Anthony Visone

Account opening documents, statements, deposited items, debit and credit memos, and records of wire transfers for the period of March 1998 to September 2001.

Ocean Bank account # 123535420 in the name of Toni Nicole Visone Irrevocable Trust

Account opening documents and statements for the period of January 2000 to March 2001.

Ocean Bank account # 84802609 in the name of TV Holdings Inc.

Statements for the period of June 1997 to August 26, 1998.

Ocean Bank Loan # 10084802663 in the name of TV Holdings Inc.
Loan file.

Ocean Bank Account # 61189117 in the name of Visone Motors, Inc.

Account opening documents and statements for the period of December 1997 to June 1998.

Ocean Bank Account # 61189105 in the name of Visone Corvette of Massachusetts Inc

Account opening documents and statements for the period of December 1997 to February 1999.

Ocean Bank loan # 100611891-65 in the name of Visone Corvette of Massachusetts Inc

Loan file.

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)    such records were kept in the course of a regularly conducted business activity; and

C)    the business activity made such records as a regular practice.

I certify on penalty of criminal punishment for false statement or false attestation that the foregoing is true and accurate to the best of my knowledge and belief.


Executed on _____              _____

              Date                                    Signature

-2-

# CERTIFICATE OF AUTHENTICITY
## OF
### BUSINESS RECORDS

I, _____, attest that:

I am employed by_____;

that my official title is _____; and

that I have been appointed the keeper of the attached records.

Each of the attached records is the original or a duplicate of the original records

in the custody of _____.

I further state that:

A)    these records were made, at or near the time of the occurrence of
      the matters set forth, by (or from information transmitted by) a
      person with knowledge of those matters;

B)    these records were kept in the course of a regularly conducted
      business activity; and

C)    it was the regular practice of this business to make such records.

I certify that the foregoing is true and accurate, to the best of my

knowledge and belief.

Executed on_____          _____
                Date                              Signature

_____
        Location

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States of America

V.

Anthony Visone

**SUBPOENA IN A
CRIMINAL CASE**

Case Number: 04-10123-DPW

TO: Custodian of Records
Ocean Bank

☒  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court John Joseph Moakley United States Courthouse One Courthouse Way Boston, MA  02210 | COURTROOM No. 1, 3rd Floor |
| | DATE AND TIME Tuesday, January 3, 2006 9:00 a.m. |

☐  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Witness travel & reimbursement instructions are attached.  Call Witness Coordinator Amy Jones at (617) 748-3153 if you have any questions.  For after business hour emergencies          call (617) 748-3100.  See additional information on reverse side.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT (By) Deputy Clerk | DATE December 5, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
DEL WRIGHT, JR.  Trial Attorney, U.S. Department of Justice
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts  02210
(617) 748-3100

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way, Suite 9200*
*Boston, Massachusetts 02210*

# TRAVEL & REIMBURSEMENT INSTRUCTIONS FOR FACT WITNESSES APPEARING IN BOSTON, MASSACHUSETTS

- The U.S. Attorney's Office and the federal grand jury are located in the Federal Courthouse at the corner of Northern Ave. and Sleeper St. in the Seaport District.
- Report to the U.S. Attorney's Office Reception Desk on the 9th Floor, Suite 9200.
- Bring 2 forms of identification, one with a photo, and your subpoena.

## GROUND TRANSPORTATION AND PARKING

- All travel must be by public transportation in coach class or by the least expensive means of travel.
- Receipts are required for <u>ALL PARKING and ALL TRANSPORTATION expenses regardless of the amount</u>.
- Closest subway stops are Courthouse (Silver Line - Connect underground at South Station) or South Station (Red Line) or Aquarium (Blue Line). It is about a 3 minute walk from the Silver Line, and 15 minutes from the Red or Blue Lines.
- Reimbursement for use of a privately-owned vehicle is 48.5 cents per mile. Gasoline expenses are <u>not</u> reimbursed.
- Parking at the Courthouse is a flat rate of $8.00 a day. Reimbursement for parking in Boston is limited to $8.00 a day regardless of the amount submitted.
- Unusual travel arrangements require prior written approval from the Fact Witness Program Manager in the U.S. Attorney's Office.
- Car rentals, illegal parking tickets, and taxicab rides will <u>not</u> be reimbursed.
- Only taxicab rides to/from Logan Airport and to/from certain Boston hotels will be reimbursed. <u>Taxi receipts are required regardless of the amount</u>. Tell the driver to use the Ted Williams Tunnel when traveling between the airport and courthouse, and between the airport and Seaport Hotel.
- Water taxi shuttle service from Logan Airport to the courthouse is available in summer months: $17.00 round-trip; $10.00 one-way.

## AIRLINE TICKETS

- **Do NOT purchase your own airline ticket.** Call the U.S. Attorney's Office witness coordinator approximately 5 business days prior to your <u>scheduled</u> appearance date to confirm your <u>actual</u> appearance date and to obtain pre-paid airline ticket information.
- The U.S. Attorney's Office witness coordinator will authorize a <u>pre-paid, government-rate</u> airline ticket for the witness, and give the witness instructions for obtaining the

ticket. Witness are <u>not</u> authorized to arrive in Boston more than one day prior to the actual appearance date. The witness may select flight departure times once the airline ticket has been authorized. Airline miles are the property of the U.S. Government and will not be given to the witness.

- Airline tickets are issued electronically. Tickets will <u>not</u> be provided prior to airport check-in. **Photo identification** will be required to obtain the ticket. Ticket receipts, not boarding passes, are required for reimbursement.
- No reimbursement will be made for use of personal or corporate frequent flyer miles, first-class travel or business-class travel.

## HOTEL INFORMATION

**Hotel information applies ONLY to out of state witnesses and local witnesses who drive <u>more</u> than 50 miles <u>one way</u> and are required for <u>consecutive</u> days of <u>testimony</u>.**

- The U.S. Attorney's Office witness coordinator will make a pre-paid hotel reservation for you. Only the room rate will be pre-paid. Effective 10/1/05 the government rate for Boston is $165.
- Witnesses must present a credit card or cash as a security deposit for incidental expenses. If you do not have a credit card or cash for the hotel security deposit, tell the coordinator about it before you arrive.
- You will <u>not</u> be reimbursed for any incidental expense, including room service, food, phone calls, movies, service bar, valet parking, business or laundry services.
- <u>Witnesses must check-out of the hotel on the day their testimony is completed</u>. Adhere to the hotel check-out time policy. You will <u>not</u> be reimbursed for expenses incurred after your testimony is completed.
- If you make your own hotel reservation you will be reimbursed up to what the government would have paid for the room, regardless of the amount submitted for reimbursement. An <u>itemized</u> hotel bill is required for reimbursement. You will <u>not</u> be reimbursed for "no show" charges. Check with the witness coordinator for the actual dates of your appearance before making your own hotel reservations.

## HOTEL WITHIN WALKING DISTANCE TO THE COURTHOUSE
**Tell taxi driver to take the Ted Williams tunnel from the airport**

Seaport Hotel                                 617-385-4000
Northern Avenue/Seaport Lane                  888-982-4683

## HOTEL AT THE AIRPORT

Call the Hilton at Logan Airport from the hotel phone board in the baggage claim area to request the free shuttle to the hotel. When going to/from the courthouse, tell the taxi driver to take the Ted Williams Tunnel.

Hilton Boston Logan Airport                   617-568-6700
at Logan Airport                              800-874-0663

Page 2 of 4

## DOWNTOWN HOTELS
### Taxi fare to the courthouse approximately $6.00

Omni Parker House Hotel                    617-227-8600
60 School Street                           800-843-6664


Wyndham Hotel                              617-556-0006
89 Broad Street


Millennium Bostonian Hotel                 617-557-3651
29 North Street

## MEALS & INCIDENTAL EXPENSES

- Only witnesses required to stay overnight in Boston are entitled to reimbursement for meals & incidental expenses.
- The government reimbursement rate for meals and incidental expenses in Boston effective 10/1/05 is $32 for the day you arrive and depart. It is $64.00 for each day in between.
- Do NOT submit receipts for food or incidental expenses.

## ADVANCE ON TRAVEL FUNDS - FOR OUT OF STATE WITNESSES ONLY

- If you do not have a credit card or cash for ground transportation or the hotel security deposit notify the witness coordinator in the U.S. Attorney's Office.
- A reimbursement "advance" may possibly be obtained from the U.S. Marshals Office in the state where you reside, but only after arrangements have been made by the U.S. Attorney's Office.
- Witnesses seeking an advance must go to the U.S. Marshals Office in person to obtain this check. You will not be given cash. You will need to bring a photo I.D. and the subpoena.
- The advance will be deducted from your reimbursement check.

## REIMBURSEMENT PROCEDURE

- Fact witnesses are entitled to a $40.00 a day witness fee.
- Get a fact witness reimbursement form (Form OBD-3) and postage-paid return envelope from one of the witness coordinators before you leave the courthouse.
- Witnesses will receive a reimbursement check by mail. Allow four weeks for delivery. It is not possible to issue any portion of the reimbursement on the day of appearance.
- Only INDIGENT OUT OF STATE WITNESSES may receive a reimbursement check on the day they depart Boston, but only if all receipts, including parking, taxi, airline and itemized hotel bill receipts are provided.
- Only one reimbursement check will be issued to each witness. Therefore, all receipts must be submitted at the time reimbursement is requested.
- Return the completed signed OBD-3 form and all receipts to the office receptionist or witness coordinator, or mail it within 10 business days to:

U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Attention: Victim/Witness Unit


## FEDERAL GOVERNMENT EMPLOYEES (CIVILIAN & MILITARY)
## INTERNATIONAL WITNESSES
## NON-U.S. CITIZENS


Call Kathleen Griffin, Fact Witness Program Manager, at 617-748-3140 prior to making any
travel arrangements.  Travel and reimbursement are not handled in the manner described above.

## WITNESS COORDINATORS IN THE U.S. ATTORNEY'S OFFICE

Direct travel and reimbursement questions only to the designated unit witness coordinators.
When you call the U.S. Attorney's Office receptionist, give the name of the Assistant U.S.
Attorney listed on the bottom right side of the subpoena and ask to speak to the witness
coordinator for that attorney's unit. If you are unsure who to contact call 617-748-3140 or 617-
748-3129.

| UNIT | COORDINATOR | TELEPHONE |
|---|---|---|
| Fact Witness Manager | Kathleen Griffin | 617-748-3140 |
| Economic Crimes | Amy Jones | 617-748-3153 |
| Health Care Fraud | Dottie Flaherty | 617-748-3170 |
| Drug Task Force/(OCDETF) | Cynthia Panagiotis | 617-748-3231 |
| Major Crimes | Sylvia Cooper | 617-748-3178 |
| Strike Force | Amanda LaPointe | 617-748-3209 |
| Public Corruption | Laura Graham | 617-748-3132 |
| Anti-Terrorism | Cathy Kibbey | 617-748-3127 |
| Civil Division | Ellen Souris | 617-748-3285 |

Revised 11/05

**OCEAN BANK**
780 N W 42nd AVENUE, MIAMI, FLORIDA 33126

Member FDIC

DIRECT ALL INQUIRIES TO: (305) 448-2265
POST OFFICE BOX 44-1140
MIAMI, FLORIDA 33144-1140

| CUSTOMER NUMBER | PAGE NUMBER |
|---|---|
| 61189105 | 1 OF 1 |
| STATEMENT PERIOD | FROM 2-28-98 THRU 3-31-98 |

JK VISONE
610 CORVETTE OF MASSACHUSETTS INC
20 SPRING ST
SAUGUS MA 01906-1052

Member FDIC

--- ACCOUNT INFORMATION ---

CHECKING NON-PERSONAL  2-28-98

| | Amount |
|---|---|
| 61189105 | |
| PREVIOUS BALANCE | 11,102.41- |
| NUMBER/TOTAL CREDITS | 392,519.41 |
| NUMBER/TOTAL DEBITS | 421,068.50- |
| FEES | 199.58- |
| NEW BALANCE | 39,846.88- |

AVERAGE DAILY BALANCE  18,504.36
AVERAGE COLLECTED BALANCE  4,517.26

--- DESCRIPTIVE TRANSACTIONS ---

| Date | Tracer | | Amount |
|---|---|---|---|
| 3-04 | IN9803B3007 COLL ITEM PYMT | 62010300 | 20025.00 |
| 3-05 | CHECKING DEPOSIT | 12 | 20000.00 |
| 3-05 | OVERDRAFT CHARGE | | 27.00- |
| 3-11 | IN9803I0005 COLL ITEM PYMT | 14B020 | 20525.00 |
| 3-12 | CHECKING DEPOSIT | 11 | 20500.00 |
| 3-12 | OVERDRAFT CHARGE | | 27.00- |
| 3-20 | CHECKING DEPOSIT | 67061114 | 552019.41 |
| 3-20 | CREDIT MEMO | 16161061 | 152010.41 |
| 3-23 | DEBIT MEMO | 67010026 | 7588.89- |
| 3-24 | OVERDRAFT CHARGE | 11 | 27.00- |
| 3-31 | OVERDRAFT CHARGE | 14 | 27.00- |
| 3-31 | IN9803S0012 COLL ITEM PYMT | 999 | 21025.00- |
| | TOTAL FEES ASSESSED | | 199.58- |

--- DAILY BALANCE SUMMARY ---

| Date | Balance | Date | Balance |
|---|---|---|---|
| 2-28 | 11102.41- | 3-05 | 11127.41- |
| 3-11 | 11679.41- | 3-12 | 3287023.59 |
| 3-23 | 185695.30- | 3-24 | 398623.68 |

--- SERVICE CHARGE DISCLOSURE ---

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 3996 | 3-23 | 340000.00 | * | 3-31 | 21025.00 |
| | | 20025.00 | | 3-04 | 20025.00 |

Maintenance Fee  12.00
Check Per Item Fee  .60
Deposit Per Item Fee  .50
Other Checks Deposited  .60
Interest on 0.00%  199.65
Total Fees Waived  13.65
TOTAL FEES ASSESSED  199.58

IRA SEASON HAS ARRIVED. OCEAN BANK HAS A COMPREHENSIVE
SELECTION OF IRA PRODUCTS INCLUDING THE NEW "ROTH" &
"EDUCATIONAL" IRA'S. IN ADDITION WE CONTINUE TO OFFER
THE TRADITIONAL PRODUCTS FOR 1998.

* Is it possible to obtain a copy of chk # 3996 in the amt of $340,000.00?

Case 1:04-cr-10123-DPW    Document 46-4    Filed 02/21/2006    Page 11 of 12

Note number:     10061189165 - 03
Short name:   VISONE CORVETTE OF        Select date:   . . . . . . .    (MMYYYY)

| (X) | Post Dt | Eff Date | TC | Description | Amount | Acct Balance |
|---|---|---|---|---|---|---|
| . . | 8-19-98 | 8-19-98 | 83 | REG PMT-EFF DTE | 8180.56 | 1000000.00 |
| . . | 9-08-98 | 9-08-98 | 27 | LATE FEE WAIVER | 1180.56 | 1000000.00 |
| . . | 9-08-98 | 9-08-98 | 83 | REG PMT-EFF DTE | 8180.55 | 1000000.00 |
| . . | 10-01-98 | 10-01-98 | 3 | INT RATE CHANGE | .00 | 1000000.00 |
| . . | 10-05-98 | 10-05-98 | 83 | REG PMT-EFF DTE | 7895.84 | 1000000.00 |
| . . | 10-19-98 | 10-19-98 | 3 | INT RATE CHANGE | .00 | 1000000.00 |
| . . | 11-05-98 | 11-05-98 | 83 | REG PMT-EFF DTE | 7854.16 | 1000000.00 |
| . . | 11-18-98 | 11-18-98 | 3 | INT RATE CHANGE | .00 | 1000000.00 |
| . . | 12-07-98 | 12-07-98 | 83 | REG PMT-EFF DTE | 7388.89 | 1000000.00 |
| . . | 2-10-99 | 2-10-99 | 83 | REG PMT-EFF DTE | 7534.72 | 1000000.00 |
| . . | 2-10-99 | 2-10-99 | 82 | UNSCHED PMT | 465.28 | 999534.72 |
| . . | 3-03-99 | 3-03-99 | 27 | LATE FEE WAIVER | 11817.17 | 999534.72 |
| ✱ | 3-03-99 | 3-03-99 | 82 | UNSCHED PMT | 614795.46 | 399077.05 |
| . . | 3-04-99 | 3-04-99 | 27 | LATE FEE WAIVER | 102.54 | 399077.05 + |

Select and press Enter for detail.
F3=Exit    F7=Print history    F8=Participation inquiry    F10=Dealer inquiry
F13=Inquiry window    F15=Restart    F16=Tickler inquiry    F21=Escrow history

Is it possible to locate the source of this
$ 614,798.46    payment?

Case 1:04-cr-10123-DPW    Document 46-4    Filed 02/21/2006    Page 12 of 12

## DEPOSIT BALANCES AS OF    3-26-97

| NAME/ACCOUNT NO. | TYPE | AVERAGE BALANCE | PRESENT BALANCE |
|---|---|---|---|
| T. V. Holdings, Inc. | | | |
| 100848026-09 | SAV | $    187.50 | $    168.22 |
| 100848026-28 | CD | 523,186.29 | 523,186.29 |
| Visone Corvette of Massachusetts, Inc. | | | |
| 100611891-05 | DDA | 19,037.40 - | 36,359.04 - |
| 100611891-17 | SAV | 1,440.32 | 1,433.26 |
| First City Acceptance Corp. | | | |
| 100611905-05 | DDA | 14,829.87 | 14,829.87 |
| FMC 3 Realty Trust | | | |
| 100665010-05 | DDA | 665.53 | 655.63 |
| ✦ 100665010-28 | CD | 562,224.20 | · 562,224.20 |

*Is it possible to obtin documentation relating to this cd?*

Direct
Total Bal. $ 523,354.51

Related
Total Bal. $ 542,783.92         TOTAL     $1,083,496.31              $1,066,138.43

## BORROWER'S FINANCIAL HIGHLIGHTS

| DATE | TOTAL ASSETS | TOTAL LIABILITIES | NET WORTH | ANNUAL REVENUES | NET INCOME |
|---|---|---|---|---|---|
| | | | | | |

## COMMENTS

Facility is cash secured.  Based on the aforementioned coupled with borrower's corporate resources, approval of this request is recommended.

## INSTRUCTIONS

DISBURSEMENT_____

AUTOMATIC CHARGE    YES_____  NO_____ACCOUNT #_____

## CODES

| LOAN PRODUCT TYPE: | | KEY CUSTOMER CODE: | - |
|---|---|---|---|
| COLLATERAL CODE: | | SIC CODE: | |
| FDIC CALL REP CODE: | | | |