

**OCEAN BANK**

December 16, 2005

Internal Revenue Service – CI
P.O. Box 9092
J.F.K. Federal Bldg
Boston, Ma 02301

Attn: Sandra Lemanski

**Re:**     **GJ Subpoena**
              **Anthony Visone / Visone Corvette of Massachusetts, etc.**

Our Ref. No. 040625

Dear Sandra:

Pursuant to your request received on December 9, 2005 regarding the above subpoena, enclosed are copies of documents requested:

1.    **Copy (front & back) of check No. 3996, in the amount of $340,000.00, drawn on account # 61189105.**
2.    **Time of Certificate Withdrawal in the amount of $ 614,795.46 used to pay loan # 10061189165 on 3/3/1999.**

Please be advised that we were unable to locate any records relative to the opening documentation for Certificate of Deposit in the name of FMC Realty Trust, account # 10066501028.

Should you have any questions, please do not hesitate to contact me at (305) 569-5868 or Jackie Salas at (305) 569-5252.

Sincerely,

*Alicia Fernandez*

Alicia Fernandez
Records Custodian