

**U.S. Department of Justice**

**Tax Division**

*Northern Criminal Enrollment Section*
*P.O. Box 972, Ben Franklin Station*     *(202) 514-5150*
*Washington, D.C. 20044*     *Telefax: (202) 616-1786*

February 15, 2006

**Via Fax at 305.569.5929 and Certified Mail**

Alicia Fernandez
Records Custodian, Ocean Bank
780 N.W. 42nd Avenue
Miami, FL 33126-5597

  Re: United States v. Anthony Visone
     Ocean Bank Reference No. 040625

Dear Ms. Fernandez:

  As we discussed during our telephone conversation yesterday, you provided documents to Special Agent Sandra Lemanski by letter on December 16, 2005. Upon review of your letter and from our discussion with you, it appears that you may have mistakenly thought that you were under some obligation to send Agent Lemanski those documents based on a previously issued Grand Jury Subpoena.

  As we discussed, the Grand Jury Subpoena that you referenced in your letter expired before you provided the documents to the government in December 2005. Therefore, Ocean Bank was not under any compulsion to provide those records. We are currently seeking guidance from the Court on what we should do with the records that are in our possession.

  If you have any questions, please contact me at (202) 514-3768 or my co-counsel, Susanne Sachsman, at (202) 514-5085.

              Very truly yours,

              _____
              Del Wright, Jr.
              Susanne Sachsman
              Trial Attorneys
              Department of Justice
              Tax Division