UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                    CRIMINAL NO.
                                           04-10123-DPW
ANTHONY VISONE


### NOTICE OF RESCHEDULING PRETRIAL CONFERENCE

WOODLOCK, D.J.

    It is ORDERED that the **PRETRIAL CONFERENCE** in the above-captioned case is scheduled for **MAY 8, 2006** in Courtroom #1, 3rd floor.

    In preparation for trial, set to commence on **MAY 22, 2006**, **AT 9:00 A.M.** it is hereby ORDERED that:

1. No later than **APRIL 24, 2006**   counsel for the government and defense shall:

    A. Exchange proposed written stipulations of fact in a form suitable for presentation to the jury.

    B. Electronically File  (and deliver 2 courtesy copies to Michelle Rynne, Deputy Clerk):

        (1) All proposed questions each requests the Court to direct to the jury panel during voir dire examination.

        (2) A Trial Brief addressing anticipated disputes concerning evidentiary issues and other matters of law unless a different date has been specified.

        (3) Proposed Jury Instructions with citations to supporting authority.

        (4) Any motions in limine.

2. No later than the first day of trial and before Impaneling the jury, the government shall submit to the

       Court **in triplicate**, with additional copies for defense counsel, a list of its witnesses, including their residences or institutional address, and the name of the case agent, if any, who is to sit at government counsel table. Defendant(s) shall submit a list of prospective alibi witnesses and any other witnesses the defendant(s) wish brought to the attention of the jury during voir dire, identified by city or town of residence or by the institutional address.

3. All parties shall, prior to the commencement of trial, mark for identification purposes all proposed exhibits and materials intended to be used as offered during trial.  On the first day of trial each party shall file copies and shall file, **in triplicate**, a listing of such proposed exhibits. Such exhibits should be pre-marked in a numerical sequence and labeled either "Government Exhibit" or "Defendant Exhibit". (See attached sample form)

4. A trial memorandum addressing those items as to which there are foreseeable disputes concerning the law shall be filed no later than the first day of trial and before impanelment.

5. Parties shall contact the deputy clerk to arrange for training and testing on the electronic evidence presentation equipment available in the courtroom.

    Counsel are advised of the Court's "5 minute-rule", which requires that during jury deliberations, counsel may leave the courtroom, but must appear in court within 5 minutes of a call from the deputy clerk, in order to respond to any jury question or for the return of a verdict.

                                                BY THE COURT

                                                /s/ Michelle Rynne
                                                Deputy Clerk

April 6, 2006

USE THIS FORMAT FOR PREPARATION OF EXHIBIT LIST:

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Descrip- tion of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SAMPLE EXHIBIT LIST

(Third, Fourth, Sixth and Seventh Columns and bracketed material to be completed at trial)

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Descrip- tion of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| Plaintiff | 1 | yes | yes | MGH Hospital Record dated 8/5/98 | John Jones | 10/10/98 |
| Defendant | 2 | yes | yes | Boston Police Report dated 8/5/98 | Officer John Smith | 10/11/98 |
| Plaintiff | 3A | yes | yes | 3x5 photo of Plaintiff showing injuries | Plaintiff | 10/11/98 |
| Plaintiff | 3B | yes | yes | 4x6 photo scene of accident | Plaintiff | 10/11/98 |