UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10123 (DPW) |
| v. ) | Judge Douglas P. Woodlock |
| ) | |
| ANTHONY VISONE, ) | |
|      Defendant ) | |
| ) | |

**AFFIDAVIT OF
DEL WRIGHT JR.**

I, Del Wright Jr., hereby state as follows:

1. I serve as a trial attorney with the Tax Division of the U.S. Department of Justice.

2. Based on the information provided by IRS Special Agent Lemanski:

    • In or around January and February 2002, IRS Special Agent Lemanski served summonses on Republic Security Bank (Republic Security Bank was acquired by Wachovia Bank), and received a number of documents in response to those summonses. Those summonses were part of an administrative investigation that predated the grand jury investigation.

    • On or about July 12, 2004, IRS Special Agent Lemanski served a grand jury subpoena on Wachovia Bank (Attached as Exhibit A) requesting records related to an account held in the name of F.A.M. Mortgage Company, Inc.

    • On or about August 31, 2004, Wachovia Bank provided documents in response to the subpoena (cover letter of production attached as Exhibit B). The documents produced in response to the subpoena consisted of 76 pages of bank statements for Acct. # 2000143675760 for the period between January 2000 and May 2004.

3. The IRS Special Agent does not believe there was any correspondence between her and Wachovia Bank after the subpoena was served, and has no records relating to any contact with Wachovia Bank after the subpoena was served. The IRS Special Agent also does not believe that she had any discussion with Wachovia Bank about the timing of their production in response to the grand jury subpoeana.

Signed and acknowledged under the penalties of perjury this 11st day of April, 2006.

/s/ *Del Wright Jr.*

Del Wright Jr.
Trial Attorney
U.S. Department of Justice