WACHOVIA BANK NA
LEGAL ORDER PROCESSING
SUBPOENA DEPARTMENT
P.O. BOX 7618 PA4292
PHILADELPHIA, PA 19101
267-321-3592

August. 31, 2004

Samdra Lamanski
IRS-CI
P. O. Box 9092
Boston, MA 02301

RE: Grand Jury
vs.
F A M Mortgage Co., Inc. Ref. No. 55466

Dear Sir or Madam:

Pursuant to the Subpoena/Summons served on Wachovia Bank NA, please find the following documents enclosed:

Statements: For acct. 2000143675760 (76) pages 1/00 - 5/04.

If you have any questions or comments please contact our office.

Sincerely,

THERESA JONES
Subpoena Department