UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 04-10123 (DPW) |
| v. | ) | Judge Douglas P. Woodlock |
| | ) | |
| ANTHONY VISONE | ) | |
| Defendant | ) | |
| | ) | |

**Government's Intended Use of
Disputed Evidence**

The table below sets forth the Government intended use of documents in its case-in-chief:

| Source | Item | Approx. Date Provided | Expected Use and Relevant Facts |
|---|---|---|---|
| **Wachovia Bank** | | | |
| | Records provided pursuant to July 28, 2004 grand jury subpoena | 8/31/04 | The Government does not intend to use those documents that were provided pursuant to the grand jury subpoena. The Government intends to use documents provided pursuant to administrative summonses. |
| **Ocean Bank** | | | |
| | Acct. # 93050406 in the name of Anthony Visone: Deposited items, debit and credit memos, and records of wire transfers for the period of March 1998 to September 2001. | 10/27/04 | The Government intends to use these documents. These records were provided to the Defendant on or about 2/7/05. |
| | Acct.# 10084802663 in the name of TV Holdings Inc.: Loan File | 10/27/04 | The Government intends to use these documents. These records were provided to the Defendant on or about 2/7/05. |
| | Acct. #100611891-65 in the name of Visone Corvette of Massachusetts, Inc.: Loan file. | 10/27/04 | The Government intends to use these documents. These records were provided to the Defendant on or about 2/7/05. |
| | Records voluntarily provided by Ocean Bank upon request of IRS | 12/16/05 | The Government does not intend to use these documents. |

|  | | | |
|---|---|---|---|
|  | Records produced by Ocean Bank before superseding indictment | 8/5/04 | The Government intends to use these documents. |
| **Attorney Garrett Harris** | | | |
|  | USFG - Visone Defense of Motion of Default against Anthony Visone | 10/21/05 | The Government intends to use this document. |
|  | Visone Cover Letter 9/20/01 | 10/21/05 | The Government intends to use this document. |
|  | Visone Motion in Defense of NE EXEAT REGNO against Anthony Visone | 10/21/05 | The Government intends to use this document. |
|  | Visone 1/23/98 Letter to Father | 10/21/05 | The Government intends to use this document. |
|  | Confession of Judgement Note 1/1/97 | 10/21/05 | The Government intends to use this document. |
|  | Promissory Note 1/1/97 | 10/21/05 | The Government intends to use this document. |
|  | Settlement Agreement and Release 1/1/97 | 10/21/05 | The Government intends to use this document. |
|  | Visone 11/27/97 Letter to Father | 10/21/05 | The Government intends to use this document. |
|  | LaPorte 2/14/97 Letter to First City Acceptance confirming agreement. | 10/21/05 | The Government intends to use this document. |
|  | Foundry Letter to Wilensky. | 10/21/05 | The Government intends to use this document. |
|  | Letter 3/2/98 from Anthony Visone to Michael Balzotti | 10/21/05 | The Government intends to use this document. |
|  | Letter 3/20/98 from Anthony Visone to Michael Balzotti | 10/21/05 | The Government intends to use this document. |
|  | Scottsdale Investment Minutes of board of Directors 2/16/96 | 10/21/05 | The Government intends to use this document. |
|  | 2/28/96 Promissory Note | 10/21/05 | The Government intends to use this document. |

|  | | | |
|---|---|---|---|
|  | 2/28/96 Gilman, McLaughlin & Hanrahan bill to Sand Key | 10/21/05 | The Government intends to use this document. |
|  | Memo From John Shevlin to Caesar and Caesar & Tony | 10/21/05 | The Government intends to use this document. |
|  | 11/17/97 Fax from Caesar &Tony | 10/21/05 | The Government intends to use this document. |
|  | Fax from Visone to Caesar Balzotti | 10/21/05 | The Government intends to use this document. |
|  | Percy Realty Trust Assignment 3/20/98 | 10/21/05 | The Government intends to use this document. |
|  | Zeus Realty Trust Agreement 3/2/98 | 10/21/05 | The Government intends to use this document. |
|  | Matthew Foundary, Inc. Stock Certificate 9/15/99 Rosita Visone | 10/21/05 | The Government intends to use this document. |
|  | Matthew Foundary, Inc. Stock Certificate 10/31/00 Rosita Visone | 10/21/05 | The Government intends to use this document. |
|  | Able Realty Trust Assignment of Beneficial Interest 9/17/99 | 10/21/05 | The Government intends to use this document. |
|  | Shevlin Letter to Anthony Visone 10/26/99 | 10/21/05 | The Government intends to use this document. |
|  | Shevlin Letter to Anthony Visone 10/29/99 | 10/21/05 | The Government intends to use this document. |
|  | Discharge of Mortgage and Collateral Assignment of Leases & Rents 4/18/00 | 10/21/05 | The Government intends to use this document. |
|  | 4/14/00 Fax from Caesar to John with attachment fax from Tony Visone to Caesar Balzotti | 10/21/05 | The Government intends to use this document. |
|  | Affidavit of Anthony Visone 9/15/97 | 10/21/05 | The Government intends to use this document. |
|  | Transcript of Champion v. Visone Hearing | 10/21/05 | The Government intends to use this document. |
|  | Deposition of Defendant 2/1/02 | 7/6/05 | The Government intends to use this document. |

|  | Deposition of Defendant 3/26/02 | 7/6/05 | The Government intends to use this document. |
|---|---|---|---|

        Respectfully submitted,

        DANA BOENTE
        Deputy Assistant Attorney General

/s/ <u>Del Wright, Jr.</u>
/s/ <u>Susanne Sachsman</u>
    Trial Attorneys
    U.S. Department of Justice

CERTIFICATE OF SERVICE

A copy of the foregoing document will be transmitted to all parties once filed.

                                                     /s/  Del Wright Jr.
                                                        Trial Attorney
                                                        U.S. Department of Justice