| | | |
|---|---|---|
| 07/25/2005 | 27 | Opposition by USA as to Anthony Visone re 26 MOTION for Discovery *Opposition To Government's Request for Relief From State Court Impoundment Order* (Beinart, Diana) Additional attachment(s) added on 7/27/2005 (Nici, Richard). (Entered: 07/25/2005) |
| 07/06/2005 | 26 | MOTION for Discovery *Opposition To Government's Request for Relief From State Court Impoundment Order* as to Anthony Visone. (Cullen, Albert) (Entered: 07/06/2005) |
| 05/26/2005 | | NOTICE OF RESCHEDULING as to Anthony Visone Jury Trial set for 1/3/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 12/15/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings due 12/8/05. (Rynne, Michelle) (Entered: 05/26/2005) |
| 05/26/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 25 Motion to Continue as to Anthony Visone (1). Jury trial reset to 1/3/06 at 9:00 am. Pretrial Conference reset to 12/15/05 at 2:30 p.m. Time from 7/11/05 to 1/3/06 is excluded. (Rynne, Michelle) (Entered: 05/26/2005) |
| 05/26/2005 | 25 | MOTION to Continue *Trial Date* as to Anthony Visoneby USA. (Wright, Del) (Entered: 05/26/2005) |
| 03/30/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Motion Hearing as to Anthony Visone held on 3/30/2005 re 14 MOTION to Dismiss filed by Anthony Visone. 14 Motion to dismiss is denied with the modifications to indictment (reference to counts 1-14, paragraphs 1-14 are stricken from count 15 and paragraphs 1-3 are inserted in count 15); State court judge's finding and conclusions and any reference to paternity will not go before the jury; all pretrial filings by 6/9/05; pretrial conference is set for 6/16/05. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/30/2005) |
| 03/28/2005 | 24 | MOTION Resonse to Gov't Memo as to Anthony Visone. (Cullen, Albert) (Entered: 03/28/2005) |
| 03/28/2005 | 23 | MOTION for Discovery *Opposition To Government's Intent To Offer 404 (b)* as to Anthony Visone. (Cullen, Albert) (Entered: 03/28/2005) |
| 03/04/2005 | 22 | PRETRIAL MEMORANDUM *Legal Issues re: Diverted Funds* by USA (Wright, Del) Modified TEXT on 3/8/2005 (Nici, Richard). (Entered: 03/04/2005) |
| 03/04/2005 | 21 | NOTICE *404(b)* by USA as to Anthony Visone re Pretrial Conference,, Set/Reset Motion and R&R Deadlines/Hearings, (Wright, Del) (Entered: 03/04/2005) |
| 02/22/2005 | 20 | Judge Douglas P. Woodlock : ORDER entered. PRETRIAL ORDER as to Anthony Visone: Time excluded from 2/15/05 until 7/11/05. Jury Trial set for 7/11/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 6/16/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/22/2005) |