UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION FOR JURY INSTRUCTION**

NOW COMES defendant, ANTHONY VISONE, by and through his attorney of record, who hereby moves this Honorable Court to include the jury instructions attached hereto in the Court's instructions to the jury. The Defendant also moves this Court to supplement these instructions at the close of the Government's case.

                                             **ANTHONY VISONE**
                                             By his attorney,

                                             /s/ *Albert F. Cullen, Jr.*
                                             BBO# 107900
                                             60 K Street
                                             Boston, MA
                                             (617) 268-2240

Dated: April 24, 2006

I, Albert F. Cullen, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

                                             /s/ *Albert F. Cullen, Jr.*
                                             Albert F. Cullen, Jr.