UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR JURY QUESTIONNAIRE AND
INDIVIDUAL VOIR DIRE OR, IN THE ALTERNATIVE,
PROPOSED VOIR DIRE QUESTIONS**

Now comes the Defendant, Anthony Visone, by and through his undersigned attorney, and hereby moves the Court for an order providing that the Defendant's proposed jury questionnaire, attached hereto as Exhibit 1, be issued to venire in this case prior to prospective jurors being called to the courtroom for empanelment for trial in the above-captioned case. As grounds and reasons therefore, people often posses strong views on the issue of tax and tax evasion that might affect their ability to fairly deliberate in this case. Moreover, it is critically important to the Defendant's constitutional right to a fair trial, and his right to a fair and impartial jury, that the Defendant is able to screen the potential jury pool for any prejudicial views and/or opinions regarding charges of tax evasion as well as issues concerning the Internal Revenue Service. As such the Defendant proposes that the attached questionnaire be prepared in triplicate form and disseminated to the jury pool for their completion prior to the prospective jurors being brought into the courtroom. Such a process will enable both parties to select a fair and impartial jury to decide the issues in this case, which, of course is the ultimate goal of our jury trial system.

Additionally, the Defendant respectfully requests that an order allowing each side up to eight minutes of individual voir dire and attorney voir dire, such that each party is able to explore issues raised by the questionnaires and to explore, with the consent of the

Court, additional issues concerning juror's attitudes and potential biases to provide counsel with an intelligent basis for challenges.

In the alternative, should the Court deny the Defendant's request for the jury questionnaire and individual voir dire, the Defendant respectfully requests that the Court incorporate the Defendant's proposed voir dire questions, attached hereto as Exhibit 2, into the Court's voir dire questions.

Wherefore, the Defendant requests that this motion be allowed.

> **ANTHONY VISONE**
> By his attorney,
>
> /s/ *Albert F. Cullen, Jr.*
> BBO# 107900
> 60 K Street
> Boston, MA
> (617) 268-2240

Dated: April 24, 2006

I, Albert F. Cullen, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

> /s/ ***Albert F. Cullen, Jr.***
> Albert F. Cullen, Jr.