**TO THE PROSPECTIVE JUROR:**

The information which you give in your answers to this questionnaire will be used by the Court and the parties to select a qualified jury. Please answer each question as completely and accurately as you can. Your complete written answers will save a great deal of time for the Court, the parties and you. There are no right or wrong answers to the questions. In order to ensure that your answers are not influenced by the opinions of others, you should fill out the questionnaire by yourself without consulting or talking with any other person.

You must sign your questionnaire, and your answers will have the effect of a statement given under oath to the Court. What is needed is your very best, honest effort to answer the questions.

If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question. If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering. If there is a question the answer to which you would prefer to give the Court in private, please indicate that on the questionnaire in the space following the question by writing, "I wish to discuss answer with Judge."

Please write or print legibly using a black pen. If your answers are illegible, you may be required to re-copy your answers. Do not write on the back of any page. After you leave today, you may not discuss any of the questions or your answers with anyone else, including your family. If anyone approaches you and attempts to learn about any aspect of the questionnaire, you may not answer their inquiries. If they persist, you should report this to the Court.

The sole purpose of this questionnaire is to encourage your full expression and honesty, so that both parties will have a meaningful opportunity to select a fair and impartial jury to try the issues in this case. Thank you for your full cooperation. It is of vital importance to the Court.

This trial is expected to last four to six weeks. Our best present estimate is that it should, in any event, end no later than March __. The jury will hear evidence Monday through Friday each week during the weeks that evidence is being presented from A.M. to 1 P.M. Consequently, during the afternoon you will not have to come to court. When the jury is deliberating and deciding on a verdict, however, the jury will sit all day. In addition, every reasonable effort will be made to accommodate the special needs of individual jurors.

Jury service is essential to the administration of justice. Accordingly, Inconvenience alone will not be sufficient to excuse a prospective juror. To be excused a juror must show a personal hardship.  Considering these hours would service as a juror in this case create an unacceptable hardship for you?

Yes ____
No ____
If yes, please explain in detail:
_____
_____
_____
_____

**Whether or not you are claiming a hardship, please complete the rest of the questionnaire.**

1. Do you have any medical condition that would make it difficult for you to serve as a juror?
Yes ____
No ____
If yes, please explain:
_____
_____
_____
 
2. Are you currently taking any medications?  If so, please give the name of the medication and reason for taking it.

_____

3. Are you or any member of your family currently being treated for a medical illness which would impair or prevent your jury service?  If so, please explain.

_____

4. Have you, your spouse/partner, a member of your family or a close personal friend ever been addicted to drugs or suffered from a drug related problem?
Yes_____
No_____
 If yes, please explain:_____
     _____

5. Do you have any problem with your hearing or vision that would prevent you from giving attention to all of the evidence at this trial?
Yes ____
No ____
If yes, please explain:
_____
_____
_____

6. Do you have any difficulty in understanding, speaking, or reading English?
Yes ____
No ___

If yes, please explain:
_____
_____
_____

**BACKGROUND**

7. Date of Birth: _____

8. What is your current marital status? (Check all that apply.)
_____ Single
_____ Married ____ years
_____ Living with someone
_____ Separated
_____ Divorced
_____ Divorced and remarried
_____ Widowed
_____ Never Married

9. Who are the members of your household and for those who are employed, what kind of work do they do? (For example, simply list "student", "medical receptionist," "bus driver," "lawyer," or "short order cook.")

Relationship                    Age                    Employment

_____
_____
_____
_____
_____
_____

10. Do you have any children who do not reside with you?
Yes ____
No ____

If yes, please provide the following information:

Sex                           Age                           Employment
_____
_____
_____
_____

**RESIDENCE**

11 . How long have you lived at your current address?
_____

12. In what other cities or towns have you lived for the past ten years and when did you live there? (Please note if these places are in another state or country.)
_____
_____
_____
_____

**EDUCATION**

13. How far did you go in school, and what was your major field of study if you went to college or graduate school?
_____
_____

14. Have you or your spouse/partner or any member of your family ever had any training in the law?
Yes ____
No ____
If yes, who had the training and what kind of training was it?
_____
_____

15. Have you or your spouse/partner taken any psychology or counseling courses?
Yes ____
No ____
If yes, who took the courses and what were they?
_____
_____

**EMPLOYMENT**

16. What is your occupational status? (Check all that apply.)
\_\_\_\_\_ Work full-time outside the home
\_\_\_\_\_ Work part-time outside the home
\_\_\_\_\_ Full-time homemaker
\_\_\_\_\_ Homemaker with part-time employment
\_\_\_\_\_ Volunteer full-time with charitable organization
\_\_\_\_\_ Volunteer part-time with charitable organization
\_\_\_\_\_ Unemployed-looking for work
\_\_\_\_\_ Unemployed-not looking for work
\_\_\_\_\_ Student
\_\_\_\_\_ Retired
\_\_\_\_\_ Disabled
\_\_\_\_\_ Other _____
(Please specify)

17. What is the name and address of your employer? (If you are retired, describe the last position you held.)
_____
_____

Describe what you do (did):
_____
_____
_____

18. How long have (had) you worked for this employer?
_____

19. If you have worked for your current employer for less than ten years, list the other types of jobs you have held over the past ten years and the approximately length of time you worked at each job. (Again, simply list, "medical receptionist," "bus driver," etc.)

Employment                                              Dates
a._____
b._____
c._____
d._____
e._____

**ACTIVITIES**

20. What are your principal leisure time activities?
_____
_____
_____

21. List any civic, social, political or professional organizations to which you belong.
_____
_____
_____
_____

22. Do you watch or listen to a television or radio news program on a regular basis?
Yes ____
No ____
If yes, please list each such program:
_____
_____
_____

23. What newspapers or magazines do you read regularly?
_____
_____
_____

24. Have you or any member of your immediate family ever owned a gun or belonged to any kind of anti-gun or pro-gun club or organization?
Yes ____
No ____
If yes, please explain: _____
_____
_____
_____

**MILITARY**

25. Have you or your spouse/partner ever been in the United States military (including the military reserves, National Guard or ROTC)?
Yes ____
No ____

If yes, list branch, rank, and date of service.
_____

26. Were you or your spouse/partner ever in the military policy or shore patrol?
Yes \_\_\_\_
No \_\_\_\_

27. Did you receive an honorable discharge? Yes \_\_\_\_ No \_\_\_\_
If no, please explain: _____
_____
_____

**LAW ENFORCEMENT OR LEGAL CONTACTS**

28. Have you, or has any member of your family or a close friend ever been employed in law enforcement or had law enforcement experience of any kind? Examples include: police, sheriff, security guard, FBI agent, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.
Yes \_\_\_\_
No \_\_\_\_
If yes, please identify your relationship with the person, the type of organization, and their title.

| **Person** | **Organization** | **Title** |
|---|---|---|
| _____ | | |
| _____ | | |
| _____ | | |
| _____ | | |

29. Do you believe that you will give the testimony of a law enforcement officer either more or less weight than the testimony of other witnesses simply because the witness is a law enforcement officer?
Yes \_\_\_\_
No \_\_\_\_

30. Have you or has any member of your family or a close friend ever belonged to a neighborhood crime watch program, an anti-crime organization or auxiliary or police reserve law enforcement branch?
Yes \_\_\_\_
No \_\_\_\_

If yes, what is/was the extent of your/their participation?
_____
_____

31. Have you or has any member of your family or a close friend ever belonged to a (crime) victim's rights organization, or assisted the work of such an organization?
Yes \_\_\_\_
No \_\_\_\_

If yes, what is/was the extent of your/their participation?
_____
_____

32. Have you ever served on a petite or grand jury?
Yes ____
No ____

If yes, please state when, where and for how long you served on the jury:
_____
_____
_____

33. If you have served on a jury or grand jury before, is there anything about your past service that would make it difficult for your
 to sit as a juror in this case?
Yes ____
No ____

If yes, please explain: _____
_____
_____
_____

34. Do you have any political, moral or religious beliefs that would prevent you from passing judgment on another person?
Yes ____
No ____
If yes, please explain: _____
_____
_____
_____
_____

35. Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the Government. If the defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule of law?
Yes ____
No ____

36. Every defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in the case, decides that his guilt has been proven beyond a reasonable doubt. Would you have any difficulty following this rule of law?

Yes ____
No ____

37. If you are selected as a juror in this case, will you have any difficulty basing your decision on whether the defendant is guilty or not guilty solely on the evidence or lack of evidence presented to you during trial, and without regard to bias, prejudice, suspicion, or sympathy?
Yes ____
No ____

38. Do you have any ideas or prejudices of any kind or nature that would hinder you from following the instructions that I will give as to the law?
Yes ____
No ____

If yes, please explain_____

39. The government has alleged that this defendant is a wealthy individual? Do you believe that wealthy individuals receive special treatment in this country?
    Yes_____
    No_____
    If yes, please explain: _____

_____

40. Do you believe that wealthy individuals are required to pay less taxes in this country then people who are not wealthy?
    Yes_____
    No_____
    If yes, please explain: _____

_____

41. Do you believe that wealthy individuals are more likely to commit so called white collar crimes (i.e. tax evasion, securities fraud) crimes than persons who are not wealthy?
    Yes_____
    No_____

    If yes, Please explain: _____

_____

42. Do you believe that wealthy individuals are more likely to get away with so called white collar crimes then persons who are not wealthy?
    Yes_____
    No_____
    If yes, please explain: _____

    _____

43. Do you think that a wealthy individual is more likely to commit business related, white collar or tax crimes?
    Yes_____
    No_____

44. Could you fairly judge a wealthy individual based upon his own actions and not the actions of other wealthy businessmen ?
    Yes_____
    No_____

    If no, please explain_____

**ADDITIONAL QUESTIONS**

45. Do you have any experiences, attitudes, or opinions involving taxes which you believe would interfere with your ability to be a fair and impartial juror in this case?
Yes ____
No ____
If yes, please explain: _____
_____
_____
_____
_____

45. Do you have any experiences, attitudes, or opinions regarding white collar crime which you believe would interfere with your ability to be a fair and impartial juror in a case which includes evidence of illegal drug trafficking?
Yes ____
No ____
If yes, please explain: _____
_____
_____

46. You may hear the names of the certain individuals during the trial. Please look carefully at the list of names attached at the end of this questionnaire at this time and circle any name that is familiar to you in any way.

47. The prosecutors in this case are _____ and _____ of the United States Attorney's Office for the District of Massachusetts. The head of this Attorney's Office is Michael J. Sullivan.   Do you know or have you ever had any contact with these attorneys, their Office or anyone working in that Office?
Yes ____
No ____
If yes, please explain: _____
_____

48. The defendants are represented by attorneys (list attorneys) and
Do you know or have you had any contact with the defendant, these attorneys, their law practices or anyone working with them?
Yes ____
No ____
If yes, please explain: _____
_____
_____

49. Have you or any member of your family ever used the services of an attorney for any reason?
Yes _____
No_____
If yes, please explain

_____

50. What is your impression of criminal defense attorneys in general?

_____

51. Have you, your spouse/partner or any member of your family or a close friend ever been the victim of a crime, a witness to a crime or interested in the outcome of any criminal case.
If yes, please explain:

_____

_____

_____

52. Do you know the judge, Judge Woodlock?
Yes ____
No ____
If yes, please explain: _____
_____
_____

53. Do you believe there are changes which we could make to our criminal justice system which would make it more efficient in dealing with the problem of white collar crime.

Yes____
No_____

If so, what changes could be made?_____

_____

54. Do you have any personal knowledge of the charges in this case as I have described them? Yes ____ No ____

**CONCLUSION**

55. Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
Yes ____
No ____
If yes, please explain: _____
_____
_____
_____

56. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
Yes ____
 No ____
If yes, please explain: _____
_____
_____
_____

I, _____ declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this 31st day of January, 2005

_____
(Signature)

**Thank you for your help**
We realize that we have imposed on your time in responding to this questionnaire, and we thank you for your attention and honesty in its completion. We assure you that it will assist the Court in selecting a fair and impartial jury, and doing so in the fastest possible manner. Thank you for your time.