UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1. Have you, any member of your immediate family or any close friends ever been employed by any police department or law enforcement agency, or any federal, state, or local government agency?

2. Have you ever *applied* to any federal, state, or local law enforcement agency for a job, or do you have any current plans to apply for a job.

3. Would you tend to give greater credence to the testimony of a government employee because he is a government employee, rather than the testimony of any other witnesses?

4. Would you tend to give greater credence to the testimony of a police officer, law enforcement employee or IRS criminal investigator just because he or she is a law enforcement employee rather then the testimony of any other witness?

5. Do you have an opinion about courts or prosecuting attorneys or defense attorneys in criminal cases that would prevent or impede your fair judgment of the evidence in this case?

6. You will hear evidence in this case that Tony Visone did not declare certain income on his tax returns. The prosecution will contend that Mr. Visone fraudulently concealed some of his income and/or unlawfully diverted his income. The defense will contend that Mr. Visone's businesses had no earnings and profits therefore Mr. Visone had no income. Mr. Visone received loans and a return of capital rather then income. It is an undisputed

     fact that Mr. Visone filed tax returns showing all of the monies he received as loans and return of capital.  Is there anything about these issues that would affect or influence your ability to give each party a fair trial?

7. Have you any opinion or feelings concerning allegations of tax evasion which would impede or prevent you from rendering a fair and just verdict, based upon the evidence admitted and the Court's instructions of law, in a case charging defendant with conspiracy to violate tax collection laws to which the defendants say they are not guilty?

8. Please raise your hand if you believe successful business men are less honest or moral than other people.

9. Please raise your hand if you believe that most people who succeed in business do so, at least in part, through dishonest and/or deceitful practices?

10. Have you, a member of your family, or close friend ever worked for the Internal Revenue Service, or any other tax collecting or analysis enterprise, institution or association?

11. Please raise your hand if you have any difficulty whatsoever in accepting as fact that the Government bears the burden or proving, beyond a reasonable doubt, that each defendant is guilty of the charged offense, and that the Defendant bears absolutely no burden of proof.

12. Please raise your hand if you have any difficulty whatsoever in accepting as fact that there is no evidence before you at this time to suggest guilt and that therefore, unless and until the government presents evidence sufficient to establish guilt beyond a reasonable doubt, you must continue to presume that the Defendant is innocent.

13. If you were representing the *defendant or the United States* in this case, is there any reason why you would not want the case decided by someone with your beliefs, background or frame of mind?

14. Is there any reason about which you were not asked that you feel would prohibit you from rendering a fair and impartial verdict in this case?

3