IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : : : | No. 04-cr-10123-01 |
| vs. | : : : | JUDGE WOODLOCK |
| ANTHONY VISONE | : : |  |

GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure respectfully requests that this Court include the following questions in its examination of prospective jurors.

**I.   Preliminary Statement**

1. This is a criminal case. The defendant in this case, Anthony Visone, has been charged with the commission of federal crimes in an Indictment filed by a grand jury sitting in the District of Massachusetts. The Indictment in this case charges the defendant with filing false income tax returns for tax years 1996 and 1997.

2. Is there anything about this type of case that would make you hesitate to sit on a jury?

2

**II.    Introductions**

    3.      Representing the United States of America in this case are Del Wright, Jr. and Susanne Sachsman.  Do any of you, your relatives or any of your close friends to the best of your knowledge, know the government's attorneys?

    4.      The defendant in this case is Anthony Visone.  He is represented by Albert Cullen Jr., and Albert Cullen III.  Do you or any of your family, or close friends, to the best of your knowledge know the defendant or his attorneys?  If so, how?

        a.      The Defendant at one time owned an operated a used car dealership in Saugus called Visone Corvette.  Have you or anyone you know ever purchased a used car from defendant or his dealership.

        b.      Have you heard about this case before coming into the courtroom today?  If so, what have you heard and from whom/where?

    5.      Several representatives from agencies of the United States Government are involved in this matter, including IRS Special Agent Sandra Lemanski, and Revenue Agents Bruce Hess and Paul White.  Do any of you, your relatives or your close friends to the best of your knowledge, know these Government agents?

    6.      Does any juror know or has he or she had any dealings, either directly or indirectly, with any of the follwoing individuals who may be called as witnesses or whose names may come up during the trial?  [The Government requests the Court read the list of its prospective witnesses.  We also request that the Court read the names of witnesses included on the Defendant's list, if any. ]

3

**III.    Income Taxes**

    7.     Is there anyone who holds strong personal or philosophical feelings about the tax system of the United States of America?  If so, what are your feelings?

    8.     Are you, or any of your close friends or relatives, affiliated with, or a member of any group or organization, whether formal or informal, which is engaged in the study or protest against Federal tax laws or the Federal tax policy generally?

    9.     Do any of you disagree with the idea that every person is obligated to obey the income tax laws as well as all of the laws of this country?

    10.    Some of the witnesses for the United States in this case will be Internal Revenue Service agents.  Do you feel that you might tend to favor or disfavor these agents, or give any more or less credibility to their testimony because they are federal law enforcement officials?

    11.    This case involves possible criminal violations of the Internal Revenue.  This is not a civil proceeding. Do any of you think income tax violations should not be prosecuted by the government?

    12.    Have you or any members of your family or any close friends to the best of your knowledge, had any experiences with the Internal Revenue Service, or any agency of the United States Government that would or could prejudice you for or against the Government?

    13.    This case was initially investigated by the Internal Revenue Service.  Have you, your close friends, or relatives ever been audited or assessed a penalty by the Internal Revenue Service?  If so:

4

      i.      How long ago?

      ii.     Was the matter resolved to your satisfaction?

      iii.    Were you treated fairly and courteously by the IRS employees?

**IV.    Personal**

14.    Experimentation has shown that the two different sides, or hemispheres, of the brain are responsible for different manners of thinking. Some individuals are more right-brained, which generally means they are more intuitive, often make decisions based primarily on their gut feelings, and focus more on images and patterns. Others are more left-brained, which generally means they are more analytical, often make decisions based primarily on logic, and focus more on words, symbols, and numbers. Some people are neither left-nor right-brained, and use both sides equally.

    a.    How many of you feel that you are primarily left-brained (the more analytical side)? [Please ask jurors to raise their hands, and allow attorneys to note which jurors so choose]

    b.    How many of you feel that you are primarily right-brained (the more intuitive side)? [Please ask jurors to raise their hands, and allow attorneys to note which jurors so choose]

    c.    How many of you feel that you are primarily equally balanced between left- and right-brained? [Please ask jurors to raise their hands, and allow attorneys to note which jurors so choose]

15.    Have any of you been trained in bookkeeping, accounting, finance, business or

5

law? If so, please elaborate.

16. How many of you prepare your own tax returns?

17. How many of you have balanced a checkbook?

18. In this case, it is likely that the government will present evidence which deals with a number of financial transactions. Because of that, you will be presented with a number of documents and testimony about financial transactions. Are there any of you who sometimes feel overwhelmed when dealing with numbers?

19. Have any of you ever been involved in a lawsuit? [If a potential juror answers "yes," the Government asks the Court to question that person further -- in private to avoid embarrassment -- as follows:]

    (1) What was the nature of the case?

    (2) What was your role?

    (3) What happened?

    (4) Could your experience influence your decision in this case?

**V.     Experiences with Government**

20. Have you ever had an unpleasant experience with any government official or law enforcement officer?

21. Have you or your relatives ever been a party to any legal action or proceeding involving the United States, its officers, agents or employees?

22. Does any department or agency of the United States Government have a claim against any of you or your relatives? If so, would such a claim affect your ability to give either side a fair and impartial trial?

6

23. Have you, or members of your family or any close friends, ever been a witness to, a victim of, or charged with a criminal offense? [If a potential juror answers "yes," the Government asks the Court to question that person further -- in private to avoid embarrassment -- as follows:]

    (1) What was the nature of this offense?

    (2) What was your role?

    (3) What happened?

    (4) Could your experience influence your decision in this case?

## VI. Function of the Court and Jury

24. The function of the jury is to decide questions of fact. As a juror, you are the sole judge of the facts and nothing that the Court of the attorneys say or do may intrude in any way on your role as the exclusive fact finders. However, when it comes to the law, you are to take your instructions from the Court and you are bound by those instructions. You may not substitute your ideas of what the law is or what you may think the law should be. At the conclusion of this case, your job will be to determine whether or not the defendant is guilty as charged in the Indictment. Does any juror have any bias or prejudice that might prevent or hinder you from accepting these instructions of law that I will give you in this case?

25. Circumstantial evidence is proof of a chain of circumstances or facts that indirectly proves a fact. For example, imagine that you went to sleep at night and the sidewalk outside your window was covered with snow. Then, when you rose

7

the next morning, the sidewalk was cleared. Based on what you saw in the morning, you would likely conclude that someone had shoveled your sidewalk. That conclusion is based on circumstantial evidence: your seeing the sidewalk cleared after there was snow on it the night before. If you saw someone shoveling that sidewalk, that would be direct evidence. The law makes no distinction between direct and circumstantial evidence. Is there anyone who would not be able to consider circumstantial evidence the same as direct evidence?

26. It is the government's job to prove that the defendant is guilty beyond a reasonable doubt - not to a mathematical certainty and not beyond all possible doubt. Would you be able to follow my instructions in this regard and find the defendant guilty if the government satisfies this burden?

27. Will each of you accept the proposition that the question of punishment is for the Court alone to decide and that the possible punishment must not enter into your deliberations as to whether the defendant on trial here is guilty?

28. It is not a particularly pleasant duty to find another person guilty of committing a crime. Is there any juror who feels that even if the evidence established the defendant's guilt beyond a reasonable doubt, he or she might not be able to render a guilty verdict for reasons unrelated to the law and the evidence?

29. Do any of you have any religious, philosophical or other beliefs that would make you unable to render a guilty verdict for reasons unrelated to the law and the evidence?

30. At the end of the case, I will instruct you on the law applicable to the case which

8

includes certain provisions of federal criminal laws.  Will any of you have any difficulty accepting and applying these laws as given to you?

                        Respectfully submitted,

                        DANA J. BOENTE
                        DEPUTY ASSISTANT ATTORNEY GENERAL


                        <u>/s/Susanne Sachsman</u>
                        Del Wright, Jr.
                        Trial Attorneys

9

## CERTIFICATE OF SERVICE

A copy of the foregoing Government's Voir Dire was filed on April 24, 2006 using the electronic court filing system, and will be distributed to all parties shortly after its filing.

/s/ Del Wright, Jr.

Trial Attorney

U.S. Department of Justice