IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 04-cr-10123-01 |
| vs. | : | JUDGE WOODLOCK |
| ANTHONY VISONE | : | |

━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━

## GOVERNMENT'S PROPOSED STIPULATIONS

1.  The bank records for which the Government has certifications pursuant to Rule 902(11) are authentic business records, prepared and maintained during the course of business.

2.  Each of the transcripts is an accurate representation of the testimony that the stenographer heard and transcribed.

3.  Sometime in 1995, a lawsuit was brought against the Defendant.  During that lawsuit, Visone was required to provide financial statements and tax returns to the Court on a regular basis in order to assist the Court in determining his ability to pay funds to another party.  He was involved in this litigation from 1995 to at least 1999.

4.  On March 21, 1996, a lawsuit was brought against the Defendant and some of his companies. On April 19, 1996, the court in that lawsuit enjoined, or legally prohibited, the defendant and his company from selling, leasing, mortgaging, encumbering, pledging or otherwise transferring their assets, except in the ordinary course of their personal affairs or the ordinary course of business.  He was involved in this litigation until 2001.

2

Respectfully submitted,

DANA J. BOENTE
DEPUTY ASSISTANT ATTORNEY GENERAL


/s/Susanne Sachsman
Susanne Sachsman
Del Wright, Jr.
Trial Attorneys

3

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing Government's Voir Dire was filed on April 24, 2006 using the

electronic court filing system, and will be distributed to all parties shortly after its filing.


<u>/s/ Del Wright, Jr.</u>

Trial Attorney

U.S. Department of Justice

1665203.1