

**U.S. Department of Justice**

**Tax Division**

*Northern Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*          *(202) 514-5150*
*Washington, D.C. 20044*                       *Telefax: (202) 616-1786*

---

May 1, 2006

Albert F. Cullen, Jr.
60 K St.
South Boston, MA 02127
FAX: (617) 268-2242

    Re:    United States v. Visone

Dear Mr. Cullen:

    Pursuant to Defendant's Opposition to Government's Intent to Offer 404(b) Evidence at Trial, we are providing you with the following supplemental 404(b) notice.

    First, to clarify our initial 404(b) notice, the "other litigation" that we intend to submit during our case in chief at trial is information regarding the cases of Victoria Guenther v. Anthony Visone, Case No. 95W0008, and United States Fidelity and Guaranty Insurance Co., et al v. Anthony Visone, et al., Case No. 96-1668. In our trial brief, we have described in detail the content of what evidence that we would seek to admit as well as the purpose for such an admission.

    The Government also stated in its earlier 404(b) notice that the Government intends to introduce evidence which relates to the fact that the Defendant issued paychecks to some employees that purported to withhold payroll taxes, but did not actually pay over those withholding amounts to the IRS. The Government obtained that information from Daniel Wilensky. We have attached the Memorandum of Interview of Daniel Wilensky, which was previously disclosed to you, and which provides in paragraph 32 all of the evidence that the Government currently has regarding the Defendant's failure to pay over withholding taxes.

    If you have any questions or concerns, please contact me at (202) 514-5085 or my co-counsel, Del Wright, at (202) 256-2004.

                                Very truly yours,

                                /s/Susanne Sachsman
                                Susanne Sachsman
                                Trial Attorney
                                Department of Justice
                                Tax Division

enclosures