UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION FOR DISCOVERY PURSUANT TO LOCAL RULE 116.2(B)(2), WITNESS LIST AND EXHIBIT LIST**

      Now comes the Defendant in the above captioned matter by and through his undersigned attorney and requests the Government be ordered to produce Discovery in accordance with Local Rule 116.2(B)(2).  In addition the Defendant requests an order compelling the Government to produce a witness list and trial list by May 15, 2006.

      Local Rule 116.2(B)(2) states in relevant part, "Not later than (21) days before the trial date established by the judge who will preside [the Government will produce]:  any information casting doubt on a Government witnesses' credibility or accuracy, any inconsistent statement and the contents of said statement made by a Government witness, any information reflecting bias or prejudice against the Defendant by any Government witness, a description of any prosecutable federal offense known by the Government to have been committed by any Government witness, a written description of any conduct that may be admissible under Fed. R. Evid. 608(b) committed by any Government witness, and information of any mental or physical impairment of any Government witness."   To date the Defendant has not received any discovery pursuant to LR 116 (B)(2).

      In addition due to the complexity of the case and the number of documents the Defendant hereby requests that the Government produce both its Witness List and Exhibit List seven (7) days prior to trial on May 15, 2006.

                                                            Respectfully Submitted,
                                                            **ANTHONY VISONE**
                                                            By his attorney

                                                            /s/ ***Albert F. Cullen, Jr.***
                                                            BBO#107900
                                                            60 K Street
                                                            Boston, MA 02127
Date:  May 8, 2006                              (617) 268-2240

**CERTIFICATE OF SERVICE**

     I, Albert F. Cullen, Jr., certify that all counsel will receive electronic notice of the filing of this pleading.

                                                            /s/ ***Albert F. Cullen, Jr.***
                                                            Albert F. Cullen, Jr.