UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION FOR DISCOVERY PURSUANT TO LOCAL RULE 116.2**
**DISCLOSURE OF EXCULPATORY EVIDENCE**

Now comes the Defendant in the above captioned matter by and through his undersigned attorney and requests the Government be ordered to produce Discovery in accordance with Local Rule 116.1.

Local Rule 116.2 states in relevant part, "Exculpatory information includes, but may not be limited to all information that is material and favorable to the accused . . . ."

In reviewing discovery materials previously produced by Government the Defendant became aware of additional discovery to which the Defendant is entitled. Specifically, the Defendant is seeking production of the earnings and profit calculations contained in the Special Agent's Report (including but not limited to the Negative Retained Earning calculations). This information is exculpatory as demonstrated by the Government's production of other earnings and profits calculations as well as referenced in earnings and profits calculations of the Government's expert which the Government has produced previously. To date the Government has produced three dramatically different computations of earnings and profits. In 2003 the Government produced a schedule showing FCM had earnings and profits of $975,238.00 for the year 1996 and capital account of $600,000. In 2005 the Government prepared and produced a Form 4549, Income Tax Examination Change, reflecting earnings and profits in 1996 and a capital account of $600,000 in 1997. Subsequently on May 16, 2006 the Government produced a new calculation showing no earnings and profits in 1996and 1997 and no capital account in 1996 and 1997. This information showing the Government changing

its position on a material element is exculpatory as to an essential element of the indictment (LR 116.2(A)(1)).

Defendant is also seeking production of the "volumes of information presented to the IRS" referred to in a letter from James Michael Kelly who is the brother and law partner of Kathleen Kelly who is both a potential Government witness and is seeking a reward from the IRS in connection with the information provided to the IRS by her law firm.  This information may cast doubt on the credibility or accuracy of evidence the government anticipates offering in its case in chief (LR 116.2(A)(3)).  (The Government has produced discovery in connection with Kathleen Kelly, however the Defendant is unsure both what form and what contents constitutes the Kelly discovery, "as presented to the IRS".

For these reasons the Defendant requests that the Court compel the Government to produce the requested discovery.

Respectfully Submitted,
**ANTHONY VISONE**
By his attorney

/s/ *Albert F. Cullen, Jr.*
BBO#107900
60 K Street
Boston, MA 02127
Date:  May 22, 2006                                (617) 268-2240

## CERTIFICATE OF SERVICE

I, Albert F. Cullen, Jr., certify that all counsel will receive electronic notice of the filing of this pleading.

/s/ *Albert F. Cullen, Jr.*
Albert F. Cullen, Jr.