UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION TO ALLOW DEFENDANT TO SELF REPORT
TO FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

      If the Court accepts the plea agreement in this matter the Defendant moves this Court to allow him to self report to the facility designated by the Bureau of Prisons. In support of this motion the Defendant has complied with all terms while on pre-trial release in this matter and appeared at all court appearances requiring his presence and will report when ordered to do so. .

      Wherefore, the Defendant requests that this Honorable Court allow the Defendant to self report.

Respectfully Submitted,
**ANTHONY VISONE**
By his attorney

/s/ *Albert F. Cullen, Jr.*
BBO#107900
60 K Street
Boston, MA 02127
Date: September 7, 2006        (617) 268-2240

**CERTIFICATE OF SERVICE**

      I, Albert F. Cullen, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of August, 2006.

      /s/ *Albert F. Cullen, Jr.*
      Albert F. Cullen, Jr.