UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 04-10123 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY VISONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION TO RECCOMEND THAT BURUEAU OF PRISONS
DESIGNATE DEFENDNT TO A FACILITY IN SOUTHERN FLORIDA**

    If the Court accepts the plea agreement in this matter the Defendant by and through his undersigned attorney respectfully moves to have the Court recommend that the Bureau of Prisons designate the Defendant to a facility in Southern Florida. In support of this motion the Defendant has a wife and child in Southern Florida and travel to a facility outside of Southern Florida would pose a severe hardship on the Defendant's family.

    Wherefore, the Defendant requests that this Honorable Court recommend to the Bureau of Prisons that the Defendant be designated to a facility in Southern Florida.

Respectfully Submitted,
**ANTHONY VISONE**
By his attorney
/s/ *Albert F. Cullen, Jr.*
BBO#107900
60 K Street
Boston, MA 02127
Date: September 7, 2006    (617) 268-2240

**CERTIFICATE OF SERVICE**

    I, Albert F. Cullen, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of August, 2006.

/s/ *Albert F. Cullen, Jr.*
Albert F. Cullen, Jr.