

**U. S. Department of Justice**
*Federal Bureau of Prisons*
*Federal Correctional Institution*
*Post Office Box 699*

*Office of the Warden*                                    *Estill, South Carolina 29918*

11/13/06

The Honorable Douglas P. Woodlock
United States District Judge
John Joseph Moakley U.S. Courthouse
Suite 2300, 1 Courthouse Way
Boston, MA 02210

RE:    VISONE, Anthony
       Register Number: 25206-038
       Case Number: 1:04CR101123-01-DPW

Dear Judge Woodlock:

Thank you for your recommendation in the above-mentioned criminal case regarding
Anthony Visone. You recommended the defendant be designated to a facility in Southern Florida.

Mr. Visone was designated to the Federal Correctional Institution, Satellite Camp, Estill,
South Carolina, on October 13, 2006. Due to population pressures in the Southeast Region,
specifically in Southern Florida, he was designated to this facility in order to place him in a facility
as close to Florida as possible commensurate to his security needs.

If you have additional comments or questions regarding Mr. Visone, please do not hesitate to
contact me at (803) 625-4607.

Sincerely,

Matthew B. Hamidullah
Warden